| | |
|---|---|
| 1 | WHITE & CASE LLP |
|   | J. JONATHAN HAWK (SBN 254350) |
| 2 | jhawk@whitecase.com |
|   | 555 S. Flower Street, Suite 2700 |
| 3 | Los Angeles, CA  90071-2433 |
|   | Telephone:     (213) 620-7700 |
| 4 | Facsimile:      (213) 452-2329 |

*Attorneys for Plaintiff X Corp.*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | Case No. |
| Plaintiff, | |
| v. | **X CORP.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff X Corp. hereby states that X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp.

1  The undersigned certifies that as of this date, there is no conflict or interest (other than the
2  named parties) to report.

3

4  DATED:  July 31, 2023                           WHITE & CASE, LLP

5

6
                                                  By     */s/ J. Jonathan Hawk*
7                                                       J. Jonathan Hawk
                                                        *Attorneys for Plaintiff X Corp.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28