Marc S. Williams (Bar No. 198913)
E-mail: mwilliams@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

Attorneys for Defendants Center for Countering Digital
Hate, Inc. and Center for Countering Digital Hate Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:23-CV-03836-LB<br><br>**NOTICE OF APPEARANCE OF MARC S. WILLIAMS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Marc S. Williams of Cohen Williams LLP hereby enters his appearance as attorney of record for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd. The address, phone number, facsimile number, and email address at which Mr. Williams may be contacted are as follows: 724 South Spring Street, 9th Floor, Los Angeles, CA 90014; telephone number (213) 232-5160; facsimile number (213) 232-5167; email address mwilliams@cohen-williams.com.

Dated:  October 2, 2023                      **COHEN WILLIAMS LLP**

By: _____
Marc S. Williams
Attorneys for Defendants Center for Countering
Digital Hate, Inc. and Center for Countering Digital
Hate Ltd.