Matthew J. Craig (SBN 350030)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
mcraig@kaplanhecker.com

*Attorney for Defendants Center for
Countering Digital Hate, Inc. and
Center for Countering Digital Hate Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 3:23-cv-03836-LB <br><br> **NOTICE OF APPEARANCE OF MATTHEW J. CRAIG** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Matthew J. Craig of Kaplan Hecker & Fink LLP hereby enters his appearance as attorney of record for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.

Dated: October 2, 2023
   New York, New York

Matthew J. Craig (SBN 350030)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
mcraig@kaplanhecker.com

*Attorney for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*