Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

*Attorneys for Defendant Center for Countering Digital Hate, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 3:23-cv-03836-LB <br><br> **DEFENDANT CENTER FOR COUNTERING DIGITAL HATE, INC.'S FED. R. CIV. P. 7.1 STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Center for Countering Digital Hate, Inc. ("CCDH US") hereby discloses as follows: (1) CCDH US does not have a parent corporation; and (2) CCDH US does not have stock, and therefore, no publicly held corporation owns 10% or more of CCDH US stock.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

| | |
|---|---|
| Dated: October 2, 2023<br>        New York, New York | [signature]<br>Roberta A. Kaplan*<br>John C. Quinn*<br>Matthew J. Craig (SBN 350030)<br>Amit Jain*<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com<br>mcraig@kaplanhecker.com<br>ajain@kaplanhecker.com<br>* *pro hac vice application pending*<br><br>Marc S. Williams (SBN 198913)<br>COHEN WILLIAMS LLP<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br>213-232-5160<br>mwilliams@cohen-williams.com<br><br>*Attorneys for Defendant Center for Countering Digital Hate, Inc.* |

X CORP. V. CENTER FOR COUNTERING DIGITAL HATE, INC., ET AL. (NO. 3:23-CV-03836-LB)
CORPORATE DISCLOSURE STATEMENT - 2