Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

Attorneys for Defendant Center for
Countering Digital Hate Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>                     Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>                    Defendants. | Case No. 3:23-cv-03836-LB<br><br>**DEFENDANT CENTER FOR COUNTERING DIGITAL HATE LTD.'S FED. R. CIV. P. 7.1 STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION** |

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Center for Countering Digital Hate Ltd. ("CCDH UK") hereby discloses as follows: (1) CCDH UK does not have a parent corporation; and (2) CCDH UK does not have stock, and therefore, no publicly held corporation owns 10% or more of CCDH UK stock.

       Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

1

Dated: October 2, 2023
    New York, New York

2

Roberta A. Kaplan*

3

John C. Quinn*
Matthew J. Craig (SBN 350030)

4

Amit Jain*
KAPLAN HECKER & FINK LLP

5

350 Fifth Avenue, 63rd Floor
New York, NY 10118

6

(212) 763-0883

7

rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com

8

mcraig@kaplanhecker.com
ajain@kaplanhecker.com

9

*pro hac vice application pending*

10

11

Marc S. Williams (SBN 198913)
COHEN WILLIAMS LLP

12

724 South Spring Street, 9th Floor
Los Angeles, CA 90014

13

213-232-5160
mwilliams@cohen-williams.com

14

15

*Attorneys for Defendant Center for Countering Digital Hate Ltd.*

16

17

18

19

20

21

22

23

24

25

26

27

28