Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 3:23-cv-03836-LB <br><br> **DECLARATION OF MATTHEW J. CRAIG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT, AND ADJOURN INITIAL CASE MANAGEMENT CONFERENCE** |

I, Matthew J. Craig, declare as follows:

1. I am member of the bar of the State of California and am admitted to appear before this Court. I am an attorney at the law firm Kaplan Hecker & Fink LLP, counsel for Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering Digital Hate Ltd. ("CCDH UK") in the above-captioned action.

2. Each Defendant in this case currently has a different deadline to move to dismiss

the Amended Complaint under Rule 12(b). The deadlines are October 16, 2023, for CCDH US; November 15, 2023, for CCDH UK; and November 16, 2023, for Stichting European Climate Foundation. CCDH US and CCDH UK also intend to move to strike the Amended Complaint as legally deficient pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16.

3. To promote efficiency and streamline the briefing schedule for Defendants' responses to the Amended Complaint, the Parties have conferred and agreed to align the deadlines for all Defendants to move to dismiss under Rule 12(b) and/or move to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16, and to set a briefing schedule for those anticipated motions.

4. The Parties have further conferred and agreed, subject to the approval of the Court, to extend the deadlines to file a Rule 26(f) Report and the date set for the Initial Case Management Conference, as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order"), ECF 7, until after the Court has ruled on Defendants' anticipated motions, as specifically set forth in the Parties' Joint Stipulation and Proposed Order.

6. There have been no prior requests for scheduling modifications in this case.

7. In accordance with Civil Local Rule 5-1(i)(3), I attest that each of the other signatories to the Parties' Joint Stipulation and Proposed Order have concurred in the filing thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 2, 2023

_____
Matthew J. Craig