Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

*Attorneys for Defendants Center for
Countering Digital Hate, Inc. and
Center for Countering Digital Hate Ltd.*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>                   Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>                   Defendants. | Case No. 3:23-cv-03836-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT, AND ADJOURN INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff X Corp. and Defendants Center for Countering Digital Hate, Inc. ("CCDH US"), Center for Countering Digital Hate Ltd. ("CCDH UK"), and Stichting European Climate Foundation ("ECF"), by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on July 31, 2023, Plaintiff filed a Complaint against CCDH US and CCDH

UK in the United States District Court, Northern District of California, asserting claims for breach of contract, violation of the Computer Fraud and Abuse Act, intentional interference with contractual relations, and inducing breach of contract;

**WHEREAS**, on August 1, 2023, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order"), ECF 7, that set a deadline of October 12, 2023 for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and to file an ADR Certification signed by the Parties and counsel; a deadline of October 26, 2023 for the Parties to file a Rule 26(f) Report and Case Management Statement and to complete initial disclosures; and an Initial Case Management Conference for November 2, 2023;

**WHEREAS**, on August 7, 2023, Plaintiff filed an Amended Complaint adding ECF as a defendant (ECF 10);

**WHEREAS**, on August 17, 2023, CCDH US and CCDH UK waived service of the Amended Complaint and summons (ECF 14 & 15);

**WHEREAS**, on August 18, 2023, ECF waived service of the Amended Complaint and summons (ECF 16);

**WHEREAS**, pursuant to Federal Rules of Civil Procedure 4(d)(3) and 12(a)(1)(A)(ii), CCDH US, CCDH UK, and ECF must move to dismiss under Rule 12(b) or answer the Amended Complaint by October 16, November 15, and November 16, 2023, respectively;

**WHEREAS**, in addition to moving to dismiss, CCDH US and CCDH UK intend to move to strike the Amended Complaint as legally deficient pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16;

**WHEREAS**, the Parties have conferred and agreed to align the deadlines for all Defendants to file their respective motions, and to set a briefing schedule for those anticipated motions;

**WHEREAS**, the Parties have further conferred and agreed, subject to the Court's approval, to extend the October 26, 2023 deadline for the Parties to file a Rule 26(f) Report and Case Management Statement and to complete initial disclosures, and the November 2, 2023

Initial Case Management Conference until after the Court rules on Defendants' anticipated motions to dismiss under Rule 12(b) and/or motions to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16;

**WHEREAS**, this is the Parties' first request for a scheduling modification in this case.

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, that the following deadlines and dates of court proceedings are extended:

1.  Defendants shall move to dismiss under Rule 12(b), move to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16, or answer the Amended Complaint by and including November 16, 2023[1];

2.  Plaintiff's oppositions to Defendants' anticipated motions shall be filed by and including December 22, 2023;

3.  Defendants' reply briefs in support of their anticipated motions shall be filed by and including January 10, 2024;

4.  The deadline for the Parties to file a Rule 26(f) report, complete initial disclosures or state objections in the Rule 26(f) report, and file a Joint Case Management Statement shall be extended from October 26, 2023, to fourteen (14) days after the date on which the Court rules on Defendants' anticipated motions to dismiss under Rule 12(b) and/or to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16;

5.  The Initial Case Management Conference set for November 2, 2023, shall be adjourned and reset, subject to the Court's convenience and availability, to a date after the Court rules on Defendants' anticipated motions to dismiss under Rule 12(b) and/or to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16; and

6.  The October 12, 2023 deadline remains in effect, and the Parties must meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and to file an ADR Certification signed by the Parties and counsel by that date.

**IT IS SO STIPULATED.**

---

[1] Nothing herein shall alter or prejudice any Defendant's right to invoke California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16, at a later time, as permitted under applicable law.

Dated: October 2, 2023
     New York, New York

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* *pro hac vice application pending*

Marc S. Williams (SBN 198913)
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
213-232-5160
mwilliams@cohen-williams.com

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

| | |
|---|---|
| Dated: October 2, 2023<br>Los Angeles, California | /s/ Nathaniel Bach<br>Nathaniel Bach (SBN 246518)<br>Thomas R. Worger (SBN 311312)<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>NBach@manatt.com<br>TWorger@manatt.com<br><br>*Attorneys for Defendant Stichting European Climate Foundation* |

| | |
|---|---|
| Dated: October 2, 2023<br>Los Angeles, California | /s/ J. Jonathan Hawk<br>J. Jonathan Hawk (SBN 254350)<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA  90071-2433<br>(213) 620-7700<br>jhawk@whitecase.com<br><br>*Attorneys for Plaintiff X Corp.* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2023

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
*pro hac vice application pending

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP.,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>            Defendants. | Case No. 3:23-cv-03836-LB<br><br>**DECLARATION OF MATTHEW J. CRAIG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT, AND ADJOURN INITIAL CASE MANAGEMENT CONFERENCE** |

I, Matthew J. Craig, declare as follows:

1. I am member of the bar of the State of California and am admitted to appear before this Court. I am an attorney at the law firm Kaplan Hecker & Fink LLP, counsel for Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering Digital Hate Ltd. ("CCDH UK") in the above-captioned action.

2. Each Defendant in this case currently has a different deadline to move to dismiss

the Amended Complaint under Rule 12(b). The deadlines are October 16, 2023, for CCDH US; November 15, 2023, for CCDH UK; and November 16, 2023, for Stichting European Climate Foundation. CCDH US and CCDH UK also intend to move to strike the Amended Complaint as legally deficient pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16.

3. To promote efficiency and streamline the briefing schedule for Defendants' responses to the Amended Complaint, the Parties have conferred and agreed to align the deadlines for all Defendants to move to dismiss under Rule 12(b) and/or move to strike the Amended Complaint as legally deficient under Cal. Civ. Proc. Code § 425.16, and to set a briefing schedule for those anticipated motions.

4. The Parties have further conferred and agreed, subject to the approval of the Court, to extend the deadlines to file a Rule 26(f) Report and the date set for the Initial Case Management Conference, as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order"), ECF 7, until after the Court has ruled on Defendants' anticipated motions, as specifically set forth in the Parties' Joint Stipulation and Proposed Order.

6. There have been no prior requests for scheduling modifications in this case.

7. In accordance with Civil Local Rule 5-1(i)(3), I attest that each of the other signatories to the Parties' Joint Stipulation and Proposed Order have concurred in the filing thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 2, 2023

Matthew J. Craig