MANATT, PHELPS & PHILLIPS, LLP
NATHANIEL L. BACH (Bar No. CA 246518)
*NBach@manatt.com*
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:     310.312.4224

THOMAS R. WORGER (Bar No. CA 311312)
*TWorger@manatt.com*
One Embarcadero Center
30th Floor
San Francisco, California  94111
Telephone:    415.291.7400
Facsimile:     415.291.7474

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>  Defendants. | No. 3:23-cv-03836-LB<br><br>**NOTICE OF APPEARANCE OF ATTORNEY NATHANIEL L. BACH** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Nathaniel L. Bach, of Manatt, Phelps & Phillips, LLP, member of the Bar of this Court, and whose contact information appears below, hereby enters his appearance in the above-captioned matter as counsel of record for Defendant STICHTING EUROPEAN CLIMATE FOUNDATION.

Copies of all pleadings, correspondence, orders and other materials entered in this matter should be additionally directed to:

MANATT, PHELPS & PHILLIPS, LLP
NATHANIEL L. BACH
E-mail: NBach@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:     310.312.4000
Facsimile:     310.312.4224

Dated: October 13, 2023                         MANATT, PHELPS & PHILLIPS, LLP

By: _____
Nathaniel L. Bach
Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 13, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

_____
Nathaniel L. Bach