| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | NATHANIEL L. BACH (Bar No. CA 246518) |
| 2 | *NBach@manatt.com* |
| | 2049 Century Park East |
| 3 | Suite 1700 |
| | Los Angeles, California  90067 |
| 4 | Telephone:    310.312.4000 |
| | Facsimile:     310.312.4224 |
| 5 | |
| | THOMAS R. WORGER (Bar No. CA 311312) |
| 6 | *TWorger@manatt.com* |
| | One Embarcadero Center |
| 7 | 30th Floor |
| | San Francisco, California  94111 |
| 8 | Telephone:    415.291.7400 |
| | Facsimile:     415.291.7474 |
| 9 | |
| | Attorneys for Defendant |
| 10 | STICHTING EUROPEAN CLIMATE |
| | FOUNDATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | No. 3:23-cv-03836-LB |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY THOMAS R. WORGER** |
| v. | |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Thomas R. Worger, of Manatt, Phelps & Phillips, LLP, member of the Bar of this Court, and whose contact information appears below, hereby enters his appearance in the above-captioned matter as counsel of record for Defendant STICHTING EUROPEAN CLIMATE FOUNDATION.

Copies of all pleadings, correspondence, orders and other materials entered in this matter should be additionally directed to:

```
MANATT, PHELPS & PHILLIPS, LLP
THOMAS R. WORGER
E-mail:      TWorger@manatt.com
One Embarcadero Center
30th Floor
San Francisco, California  94111
Telephone:    415.291.7400
Facsimile:    415.291.7474
```

Dated: October 13, 2023                                MANATT, PHELPS & PHILLIPS, LLP

By: *Thomas R. Worger*
Nathaniel L. Bach
Thomas R. Worger
Attorneys for Defendant STICHTING EUROPEAN CLIMATE FOUNDATION

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

_Thomas R. Worger_
Thomas R. Worger