DocuSign Envelope ID: 374C390C-AABF-4AC7-804E-1643C81EBFA1

J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:      1 310 277 4110
Facsimile:       1 310 277 4730

Attorneys for Plaintiff X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD.*,* a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.  3:23-cv-03836-CRB<br><br>**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for Plaintiff X Corp., J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE LLP, and is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP.  Mr. Hawk was X Corp.'s sole remaining counsel at WHITE & CASE in this matter.  X Corp. thus designates the law firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of the law firm of WHITE & CASE LLP.  Under Local Rule 11-5 and Northern District of California General Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in counsel.

Former Counsel:

> WHITE & CASE LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@whitecase.com
> 555 S. Flower Street, Suite 2700
> Los Angeles, CA 90071

New Counsel:

> MCDERMOTT WILL & EMERY LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@mwe.com
> 2049 Century Park East, Suite 3200
> Los Angeles, CA 90067
>
> Counsel for Plaintiff X Corp.

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

Dated: November 9, 2023

Respectfully submitted,

X CORP.

By: _____
Ben Elron

MCDERMOTT WILL & EMERY LLP

By: /s/ J. Jonathan Hawk
      J. Jonathan Hawk

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _____     _____
                                                             The Honorable Charles R. Breyer
                                                           United States District Judge