UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.                              ,

                    Plaintiff(s),

          v.

CENTER FOR COUNTERING
DIGITAL HATE, INC., et al.   ,

                    Defendant(s).

Case No. 3:23-cv-03836-LB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

        I, Esha Bhandari, an active member in good standing of the bar of

New York                              , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: proposed Amicus Curiae in support of

Defendant Center for Countering Digital Hate, Inc., in the

above-entitled action. My local co-counsel in this case is Matt Cagle   , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 286101               .

American Civil Liberties Union Foundation
125 Broad Street,
Floor 18
New York, NY 10004
MY ADDRESS OF RECORD

(212) 549-2500
MY TELEPHONE # OF RECORD

ebhandari@aclu.org
MY EMAIL ADDRESS OF RECORD

American Civil Liberties Union Foundation of
Northern California,
39 Drumm Street,
San Francisco, California, 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415)-293-6336
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mcagle@aclunc.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

        I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4923140       .
        A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.
        I have been granted pro hac vice admission by the Court _____times in the 12 months
preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: <u>13 November 2023</u>                              <u>/s/Esha Bandari</u>
                                                                      APPLICANT

5

6

7

8                    ORDER GRANTING APPLICATION

9               FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of <u>Esha Bandari</u> is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17  _____
    UNITED STATES DISTRICT/MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California