Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>Defendants. | Case No. 3:23-cv-03836-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR CCDH US AND CCDH UK'S JOINT CONSOLIDATED MOTION AND X CORP.'S OPPOSITION** |

Pursuant to Civil Local Rule 7-12, Defendant Center for Countering Digital Hate, Inc. ("CCDH US") and Defendant Center for Countering Digital Hate Ltd. ("CCDH UK," or collectively with CCDH US, the "CCDH Defendants"), on the one hand, and Plaintiff X Corp., on the other, by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on July 31, 2023, Plaintiff filed a Complaint (ECF 1) against CCDH US and

CCDH UK in the United States District Court, Northern District of California, asserting claims for breach of contract, violation of the Computer Fraud and Abuse Act, intentional interference with contractual relations, and inducing breach of contract;

**WHEREAS**, on August 7, 2023, Plaintiff filed an Amended Complaint (ECF 10), which likewise asserts those four claims against both CCDH Defendants;

**WHEREAS**, this Court's standing order limits memoranda of points and authorities in support of or opposition to any motions, except for summary judgment motions, to 15 pages (*see* General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer ¶ I.C (N.D. Cal. Apr. 2, 2019));

**WHEREAS**, CCDH US and CCDH UK intend to jointly move to dismiss all four claims in the Amended Complaint under Rule 12(b), and to strike the Amended Complaint's claims for breach of contract, intentional interference with contractual relations, and inducing breach of contract as legally deficient pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16, and X Corp. will oppose the CCDH Defendants' anticipated arguments;

**WHEREAS**, CCDH US and CCDH UK believe it will be more efficient to consolidate their arguments into a single, joint motion under Rule 12(b) and Cal. Civ. Proc. Code § 425.16 given what the CCDH Defendants believe is a partial overlap between the standards applicable to their anticipated arguments (*see, e.g.*, *Planned Parenthood Fed'n of America, Inc. v. Ctr. For Med. Progress*, 890 F.3d 828, 834 (9th Cir. 2018));

**WHEREAS**, X Corp. has received notice indicating that one or more organizations will seek leave of the Court to file an amicus brief in support of the CCDH Defendants' anticipated joint motion, and X Corp. states that it does not understand the bases for such an amicus brief, but expects to oppose any such request as premature and unnecessary;

**WHEREAS**, the Parties have met and conferred and reached agreement to jointly request that the Court issue an order permitting CCDH US and CCDH UK to file a single, joint motion as described herein that will not exceed 25 pages. The Parties further have agreed to jointly request that the Court issue an order permitting X Corp. to file an opposition to that motion that will not exceed 35 pages, including in light of potentially needing to address arguments that support the

CCDH Defendants' joint motion that may be raised in any amicus brief that the Court allows. Consistent with this Court's General Standing Order, these proposed page limits are exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required;

**WHEREAS,** the Parties believe that their request for an extension of page limits demonstrates good cause, as it would promote judicial economy by avoiding what CCDH US and CCDH UK anticipate would otherwise be multiple, separate, and overlapping motions, while enabling X Corp. to address the various legal arguments that each of the CCDH Defendants may assert, as well as arguments from amici as the Court may allow that are properly addressed in X Corp.'s opposition; and

**WHEREAS**, this is the Parties' first request for an extension of page limits in this case;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court:

1. CCDH US and CCDH UK shall have up to and including twenty-five (25) pages for a joint memorandum of points and authorities in support of a consolidated motion under Rule 12(b) and Cal. Civ. Proc. Code § 425.16;

2. X Corp. shall have up to and including thirty-five (35) pages for its memorandum of points and authorities in opposition to CCDH US's and CCDH UK's anticipated joint motion; and

3. CCDH US and CCDH UK shall have up to fifteen (15) pages for a single, joint reply.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 9, 2023<br>New York, New York | *[signature: Roberta Kaplan]*<br>Roberta A. Kaplan\*<br>John C. Quinn\*<br>Matthew J. Craig (SBN 350030)<br>Amit Jain\*<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com<br>mcraig@kaplanhecker.com<br>ajain@kaplanhecker.com<br>\* *admitted pro hac vice*<br><br>Marc S. Williams (SBN 198913)<br>Neil S. Jahss (SBN 162744)<br>COHEN WILLIAMS LLP<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br>213-232-5160<br>mwilliams@cohen-williams.com<br>njahss@cohen-williams.com<br><br>*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.* |

| | |
|---|---|
| Dated: November 9, 2023<br>         Los Angeles, California | /s/ J. Jonathan Hawk<br>J. Jonathan Hawk (SBN 254350)<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>(310) 788-4181<br>jhawk@mwe.com<br><br>*Attorney for Plaintiff X Corp.* |

X CORP. V. CENTER FOR COUNTERING DIGITAL HATE, INC., ET AL. (NO. 3:23-CV-03836-CRB)
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS - 5

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Roberta A. Kaplan, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all signatories have concurred in this filing.

Dated: November 9, 2023
       New York, New York

_____
Roberta A. Kaplan

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: November 15, 2023

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE