1  J. Jonathan Hawk (SBN 254350)
   jhawk@mwe.com
2  **McDERMOTT WILL & EMERY LLP**
   2049 Century Park East, Suite 3200
3  Los Angeles, CA  90067-3206
   Telephone:     1 310 277 4110
4  Facsimile:     1 310 277 4730

5  Attorneys for Plaintiff X CORP.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10   X CORP., a Nevada corporation,          | CASE NO.  3:23-cv-03836-CRB

11                         Plaintiff,        | **NOTICE OF CHANGE IN COUNSEL AND
                                             | [PROPOSED] ORDER APPROVING
12          v.                               | CHANGE IN COUNSEL**

13   CENTER FOR COUNTERING DIGITAL
     HATE, INC., a Washington D.C. non-profit
14   corporation; CENTER FOR COUNTERING
     DIGITAL HATE LTD., a British non-profit
15   organization; STICHTING EUROPEAN
     CLIMATE FOUNDATION; and DOES 1 through
16   50, inclusive,

17                         Defendants.

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for

Plaintiff X Corp., J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE

LLP, and is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP.  Mr. Hawk

was X Corp.'s sole remaining counsel at WHITE & CASE in this matter.  X Corp. thus designates

the law firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of

the law firm of WHITE & CASE LLP.  Under Local Rule 11-5 and Northern District of California

General Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in

counsel.

Former Counsel:

    WHITE & CASE LLP
    J. Jonathan Hawk (SBN 254350)
    jhawk@whitecase.com
    555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071

New Counsel:

    MCDERMOTT WILL & EMERY LLP
    J. Jonathan Hawk (SBN 254350)
    jhawk@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067

    Counsel for Plaintiff X Corp.

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN

COUNSEL:

Dated: November 9, 2023        Respectfully submitted,

                          X CORP.

                          By: _____
                                Ben Elron

MCDERMOTT WILL & EMERY LLP


By:  /s/ J. Jonathan Hawk
                    J. Jonathan Hawk

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _November 15, 2023_____        _____
                                                The Honorable Charles R. Breyer
                                                United States District Judge

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES