MANATT, PHELPS & PHILLIPS, LLP
NATHANIEL L. BACH (Bar No. CA 246518)
*NBach@manatt.com*
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:     310.312.4224

THOMAS WORGER (Bar No. CA 311312)
*TWorger@manatt.com*
KYLA NÚÑEZ (Bar No. CA 329484)
*KNunez@manatt.com*
One Embarcadero Center
30th Floor
San Francisco, California  94111
Telephone:    415.291.7400
Facsimile:     415.291.7474

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | No. 3:23-cv-03836-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY KYLA NÚÑEZ** |
| v. | |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Kyla Núñez, of Manatt, Phelps & Phillips, LLP, member of the Bar of this Court, and whose contact information appears below, hereby enters her appearance in the above-captioned matter as counsel of record for Defendant STICHTING EUROPEAN CLIMATE FOUNDATION.

Copies of all pleadings, correspondence, orders and other materials entered in this matter should be additionally directed to:

MANATT, PHELPS & PHILLIPS, LLP
KYLA NÚÑEZ (Bar No. CA 329484)
KNunez@manatt.com
1215 K Street
Suite 1900
Sacramento, California  95814
Telephone:     916.552.2304
Facsimile:     916.552.2323

Dated: November 16, 2023

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kyla Núñez
Nathaniel L. Bach
Thomas Worger
Kyla Núñez

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

NOTICE OF APPEARANCE
3:23-CV-03836-CRB

## CERTIFICATE OF SERVICE

I hereby certify that, on November 16, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

_____
Kyla Núñez