Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 3:23-cv-03836-CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS CENTER FOR COUNTERING DIGITAL HATE, INC. AND CENTER FOR COUNTERING DIGITAL HATE LTD.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE** |

1   Having considered the moving and opposing papers, the applicable law, the relevant
2   pleadings and papers on file, the arguments, and all matters presented to the Court, the Court
3   concludes that Defendants CCDH US and CCDH UK's anti-SLAPP motion to strike is
4   GRANTED; Defendants CCDH US and CCDH UK's motion to dismiss is GRANTED; and
5   Plaintiff X Corp.'s Amended Complaint is dismissed with prejudice. Defendants may file a
6   subsequent Motion for Recovery of Attorneys' Fees and Costs pursuant to California Code of
7   Civil Procedure § 425.16(c)(1).

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE