Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for
Countering Digital Hate, Inc. and
Center for Countering Digital Hate Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>                Defendants. | Case No. 3:23-cv-03836-CRB<br><br>**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF DEFENDANTS CENTER FOR COUNTERING DIGITAL HATE, INC. AND CENTER FOR COUNTERING DIGITAL HATE LTD.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE** |

I, Roberta A. Kaplan, declare as follows:

    1.    I am a partner in the law firm Kaplan Hecker & Fink LLP, attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd. (collectively, the "CCDH Defendants"). I make this declaration in support of the CCDH Defendants' Motion to Dismiss Plaintiff X Corp.'s Amended Complaint, pursuant to Federal Rules of Civil Procedure

1  12(b)(6) and 9, and Motion to Strike Counts 1, 3, and 4 of the Amended Complaint as legally
2  deficient pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16. I have
3  personal knowledge of the following, and if called as a witness, I could and would completely
4  testify to the matters stated herein.

5        2.    Attached as Exhibit A is a true and correct copy of the Twitter Terms of Service
6  that were operative from June 10, 2022, to May 18, 2023, accessible at https://twitter.com/en/tos/
7  previous/version-17. These Terms of Service are incorporated by reference in the Amended
8  Complaint. *See* Dkt. 10, ¶ 53.

9        3.    Attached as Exhibit B is a true and correct copy of the CCDH Defendants' February
10 9, 2023 report titled *Toxic Twitter*, accessible at https://counterhate.com/wp-content/uploads/2023/
11 02/Toxic-Twitter_FINAL.pdf. This report is incorporated by reference in the Amended Complaint.
12 *See* Dkt. 10, ¶¶ 49-54.

13       4.    Attached as Exhibit C is a true and correct copy of the Brandwatch Service Terms
14 that were promulgated on October 15, 2022, accessible at https://www.brandwatch.com/wp-
15 content/uploads/2023/04/MSA-Brandwatch-Oct-15-2022.pdf. These Service Terms are
16 incorporated by reference in the Amended Complaint. *See* Dkt. 10, ¶¶ 35-37.

17       5.    Attached as Exhibit D is a true and correct copy of the Brandwatch Service Terms
18 that were promulgated on August 8 or 9, 2021, accessible at https://www.brandwatch.com/wp-
19 content/uploads/2021/08/Service-TCs-Live-from-8-August-2021-to-15-October-2022.pdf. These
20 Service Terms are incorporated by reference in the Amended Complaint. *See* Dkt. 10, ¶¶ 35-37.

21       6.    Attached as Exhibit E is a true and correct copy of the Brandwatch Service Terms
22 that were promulgated on April 15, 2019, accessible at https://www.brandwatch.com/wp-content/
23 uploads/2022/04/Service-TCs-Live-from-15-August-2019-to-8-August-2021.pdf. These Service
24 Terms are incorporated by reference in the Amended Complaint. *See* Dkt. 10, ¶¶ 35-37.

25       7.    Attached as Exhibit F is a true and correct copy of the Brandwatch Service Terms
26 that were promulgated on April 21, 2023, accessible at https://www.brandwatch.com/legal/terms-
27 and-conditions. These Service Terms are incorporated by reference in the Amended Complaint.
28 *See* Dkt. 10, ¶¶ 35-37.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated: New York, New York

4        November 16, 2023                      Roberta A. Kaplan