MANATT, PHELPS & PHILLIPS, LLP
NATHANIEL L. BACH (Bar No. CA 246518)
*NBach@manatt.com*
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:     310.312.4224

THOMAS WORGER (Bar No. CA 311312)
*TWorger@manatt.com*
One Embarcadero Center
30th Floor
San Francisco, California  94111
Telephone:    415.291.7400
Facsimile:     415.291.7474

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE
FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 3:23-cv-03836-CRB<br><br>**DECLARATION OF MORGAN DESPRÉS IN SUPPORT OF ECF'S MOTION TO DISMISS** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DESPRÉS DECLARATION
3:23-CV-03836-CRB

# DECLARATION OF MORGAN DESPRÉS

I, Morgan Després, declare as follows:

1. The statements made herein are based on my personal knowledge, and if called upon to do so, I could testify competently thereto under oath. I make this affidavit in support of Defendant Stichting European Climate Foundation's ("ECF") Motion to Dismiss.

2. I am ECF's Executive Director of International Finance, Economy & Nature Programmes. I am part of the ECF's wider leadership team. The following facts are true and correct to the best of my personal knowledge, and I could competently testify about them.

### A. ECF's Lack of Contacts with California and the United States

3. ECF is a Public Benefit Organization organized under the laws of the Netherlands. Its principal place of business is Riviervismarkt 5, 2513 AM, The Hague, Netherlands.

4. ECF is a European non-profit organization, and its mission is to help tackle the climate crisis by fostering the development of a net-zero emission society at the national, European, and global level.

5. In addition to its headquarters in The Hague, ECF has seven additional offices in the following cities: Berlin, Germany; Brussels, Belgium; Budapest, Hungary; London, England; Madrid, Spain; Paris, France; and Warsaw, Poland. ECF does not have any offices in California or anywhere else in the United States. ECF also does not have any subsidiary entities formed or based anywhere in the United States.

6. ECF is not registered or licensed to do business in California or anywhere else in the United States. ECF lacks an agent for service of process in California or anywhere else in the United States, and has never previously been party to any litigation in any forum in the United States.

7. ECF does not own property, maintain bank accounts, maintain company computer servers, or otherwise have any assets in California or anywhere else in the United States. ECF does not rent or lease property in California or anywhere else in the United States.

8. As a European-based non-profit entity, ECF receives grants and donations from all over the world. The vast majority of funding received by ECF comes in the form of grants from

other non-profit organizations. ECF does not publicly advertise for donations in California or anywhere else in the United States.

9.  ECF has not sued any individual or entity in a California court or any other federal or state court in the United States or otherwise availed itself of the jurisdiction of any court in California or anywhere else in the United States. Nor has ECF ever been sued by any individual or entity anywhere in the United States prior to this current lawsuit filed by X Corp.

### B.  ECF's Agreements with Brandwatch UK

10. *Initial Agreement*: On or about January 25, 2021, ECF entered into its initial agreement with Runtime Collective Limited (dba Brandwatch) (hereafter "Brandwatch UK"), a company organized under the laws of the United Kingdom and with its registered office address at Sovereign House Church Street, 1st Floor, Brighton, East Sussex, BN1 1UJ, United Kingdom. The agreement between ECF and Brandwatch UK consists of the Order signed by ECF and Brandwatch UK, and other incorporated terms, including the Service Terms and Conditions, dated April 15, 2019. A true and correct copy of the initial Brandwatch UK agreement and incorporated Service Terms and Conditions are attached hereto as **Exhibit A**. According to the referenced Service Terms and Conditions, any interpretation of the agreement or dispute based thereon is subject to the laws of England, with the courts of England having exclusive jurisdiction.[1]

11. *First Renewal*: On January 21, 2022, ECF renewed its agreement with Brandwatch UK. In this renewal, Brandwatch UK was again identified as Runtime Collective Limited, with its registered office address in the United Kingdom. The renewal agreement between ECF and Brandwatch UK consists of the Order signed by ECF and Brandwatch UK, and other incorporated terms, including the Master Subscription Agreement. A true and correct copy of the first renewal and Master Subscription Agreement are attached hereto as **Exhibit B**. According to the Master Subscription Agreement, any interpretation of the renewal agreement or dispute based thereon is subject to the laws of England, with the courts of England having

---

[1] This is determined by the location of the customer's "domicile." The laws and courts of England apply for entities, such as ECF, domiciled in a country not specifically listed.

exclusive jurisdiction.[2]

12. *Second Renewal*: On January 20, 2023, ECF signed a second renewal of its contract with Brandwatch UK. In this second renewal, Brandwatch UK was again identified as Runtime Collective Limited, with its registered office address in the United Kingdom. The second renewal agreement between ECF and Brandwatch UK consists of the Order, and other incorporated terms, including the Master Subscription Agreement. A true and correct copy of the second renewal and Master Subscription Agreement are attached hereto as **Exhibit C**. According to the Master Subscription Agreement, any interpretation of the renewal agreement or dispute based thereon is subject to the laws of England, with the courts of the England having exclusive jurisdiction.[3]

C. **Brandwatch UK Authorizes and Facilitates CCDH UK's Account Access**

13. Attached hereto **as Exhibit D** is a true and correct copy of a May 12, 2022 email chain, maintained by ECF in its regular course of business, in which Brandwatch UK's senior customer service manager, Dámaris Queiruga, facilitates Brandwatch account access for the info@counterhate.com address belonging to Callum Hood of CCDH UK, copying ECF's representatives.[4] Dámaris Queiruga's signature block on these emails reflects the sender's London location (the word "LONDON" is bolded).

14. According to the About page of the Center for Countering Digital Hate's website—a true and correct printout copy of which is attached hereto as **Exhibit E**—Mr. Hood "is based in the UK and employed by CCDH UK."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 15, 2023, in Berlin, Germany.

_____
Morgan Després

---

[2] This is determined by the same method described in the prior agreement.
[3] This is determined by the same method described in the prior agreement.
[4] The @gsccnetwork.org email domain was used by a division of ECF.