# EXHIBIT D



Claudia Solomons <claudia.solomons@gsccnetwork.org>

## Re: Brandwatch | Unable to log in

**Dámaris Queiruga** <dqueiruga@brandwatch.com>   13 May 2022 at 01:23
To: Center for Countering Digital Hate Info <info@counterhate.com>, claudia.solomons@gsccnetwork.org
Cc: Josh Feldberg <josh.feldberg@gsccnetwork.org>

Hi Josh, Callum & Claudia,

I am delighted to inform you that your upgrade to the new segmentation UI has been successful and you can now log back into the platform.

Our upgrader app shows success and no errors, but I would encourage you to double check to ensure that your setup looks correct and also have a play around the new categories segmentation workflow. If you spot any issues, please let me know ASAP.

I have attached a 2 pager with some additional information around what the upgrade means and how this will help you as well as the relevant help centre article + **video** here. I hope this helps!

Best wishes,

**Dámaris Queiruga**  |  Senior Customer Success Manager
dqueiruga@brandwatch.com

NEW YORK  |  BOSTON  |  CHICAGO  |  AUSTIN  |  TORONTO  |  BRIGHTON  |  **LONDON**  |  COPENHAGEN  |  BERLIN  |  STUTTGART  |  FRANKFURT  |  PARIS  |  MADRID  |  BUDAPEST  |  SOFIA  |  CHENNAI  |  SINGAPORE  |  SYDNEY  |  MELBOURNE



A Cision company  |  Read more here

On Thu, 12 May 2022 at 14:14, Center for Countering Digital Hate Info <info@counterhate.com> wrote:
> Thanks Damaris - that makes sense, we'll look out for an update from you.
>
> Best wishes,
>
> Callum
>
> On Thu, May 12, 2022 at 2:11 PM Dámaris Queiruga <dqueiruga@brandwatch.com> wrote:
>> Hi Callum,
>>
>> My name is Dámaris and I am ECF's Customer Success Manager here at Brandwatch. My Support Team let me know that you reached out to them because you are unable to log into your Brandwatch account.
>>
>> This is because today our Engineers are upgrading your account to our new data segmentation (which involves us migrating all your existing Rules, Categories and Tags) and no one can log into the account while this complex process is being completed.
>>
>> The work will be finalised by the end of the day and will be happy to notify you once this has happened so you can log back in.
>>
>> Cc'ing @Josh Feldberg, our main point of contact at ECF, for visibility.
>>
>> Best wishes,
>>
>> **Dámaris Queiruga**  |  Senior Customer Success Manager

dqueiruga@brandwatch.com

NEW YORK | BOSTON | CHICAGO | AUSTIN | TORONTO | BRIGHTON | **LONDON** | COPENHAGEN | BERLIN | STUTTGART | FRANKFURT | PARIS | MADRID | BUDAPEST | SOFIA | CHENNAI | SINGAPORE | SYDNEY | MELBOURNE

A Cision company | Read more [here](#)

---

📄 **New segmentation upgrade.pdf**
584K



# New Segmentation Upgrade

## What is the segmentation upgrade?
In Brandwatch Consumer Research there are four key steps to success:

- Search
- Segment
- Analyze
- Action

Segmenting your data is arguably the most important step for turning large amounts of unstructured data into valuable insights.

Brandwatch has offered market leading segmentation capabilities for over a decade. But it can be hard to master and take a long time to set up properly.

So we have made it easier.

## Much easier…
In the past, creating a category with 5 segments took 83 clicks.

In the new interface it takes just 23.

## The old way
Previously, to create categories, you had to take multiple steps in different areas:

1. Create a Category
2. Create a Rule for a sub-category
3. Save and repeat for each one

## The new way
Now, you can create everything in one place in a more intuitive interface.

Simply start creating a Category and define each subcategory in once place.

Plus, you can now start segmenting your data with keywords or with AI Custom Classifiers all in the same place.

## Learn more
There are several resources explaining how the new segmentation works in BCR:

- **How to segment your data** article in the Help Center
- **Training videos** in the Learning Zone



## Why segment my data?

Breaking your data down into meaningful segments lets you create far more detailed charts and dashboards to analyze and compare different topics within your queries.

It's the starting point for all real data storytelling.

## How should I segment my data?

This depends on what questions you want to answer and the type of data you are studying.

For brand queries you might segment by:
- **Products/lines of business** - to compare how customers talk about your different offerings
- **Features/ingredients -** to compare how each shape sentiment
- **People -** to understand which influencers or employees drive awareness
- **Marketing initiatives -** to evaluate which are having the best impact

For topic queries you might segment by:
- **Sub-topics/themes** - to build a deeper understanding of consumer attitudes
- **Brands -** to understand share of voice

Custom Classifiers let you train a machine learning algorithm to segment data in even more nuanced ways such as:
- **Drivers of sentiment** - why people are advocates or detractors
- **Intent to purchase** - why they buy
- **Purchase cycle** - whether they are assessing or have already bought your products