UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:23-cv-03836-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT STICHTING EUROPEAN CLIMATE FOUNDATION'S MOTION TO DISMISS AND JOINDER** |

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

Before this Court is Defendant Stichting European Climate Foundation's ("ECF") Motion to Dismiss and Joinder. Having considered the moving and opposing papers, the applicable law, the relevant pleadings and papers on file, the arguments, and all matters and evidence presented to the Court, the Court concludes that ECF's Motion to Dismiss is GRANTED, and Plaintiff X Corp.'s Amended Complaint is dismissed as to ECF with prejudice.

IT IS SO ORDERED.

Dated: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE