| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
|   | NATHANIEL L. BACH (Bar No. CA 246518) |
| 2 | *NBach@manatt.com* |
|   | 2049 Century Park East, Suite 1700 |
| 3 | Los Angeles, California  90067 |
|   | Telephone:    310.312.4000 |
| 4 | Facsimile:    310.312.4224 |
| 5 | THOMAS WORGER (Bar No. CA 311312) |
|   | *TWorger@manatt.com* |
| 6 | KYLA NÚÑEZ (Bar No. CA 329484) |
|   | *KNunez@manatt.com* |
| 7 | One Embarcadero Center, 30th Floor |
|   | San Francisco, California  94111 |
| 8 | Telephone:    415.291.7400 |
|   | Facsimile:    415.291.7474 |

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | No. 3:23-cv-03836-LB |
| Plaintiff, | **DEFENDANT STICHTING EUROPEAN CLIMATE FOUNDATION'S FED. R. CIV. P. 7.1 STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION** |
| v. | |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant Stichting European Climate Foundation ("ECF") hereby states as follows:  (1) ECF does not have a parent corporation; and (2) ECF does not have stock, and therefore, no publicly held corporation owns 10% or more of ECF stock.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned

certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: November 16, 2023

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Nathaniel L. Bach

Attorneys for Defendant
STICHTING EUROPEAN CLIMATE FOUNDATION