J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:      1 310 277 4110
Facsimile:       1 310 277 4730

Attorneys for Plaintiff X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-03836-CRB<br><br>**STATEMENT OF NON-OPPOSITION TO ADMINISTRATIVE MOTION FOR ADMISSION PRO HAC VICE (ECF 43)** |

NOTICE IS HEREBY GIVEN that plaintiff X Corp. does not oppose the Administrative Motion of Esha Bhandari of the ACLU Foundation, seeking an order to admit her *pro hac vice* in this matter (ECF 43).

X Corp. does anticipate that it will oppose the ACLU Foundation's forthcoming request for leave to file an amicus brief, and reserves all rights.

Dated: November 17, 2023

*/s/ J. Jonathan Hawk*
J. Jonathan Hawk (SBN 254350)
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 788-4181
jhawk@mwe.com

*Attorney for Plaintiff X Corp.*