Esha Bhandari (*pro hac vice application pending*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
*Attorney for* Amici Curiae

Matthew T. Cagle (SBN 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 293-6336
mcagle@aclunc.org
*Attorney for* Amici Curiae

Cindy Cohn (SBN 145997)
Andrew Crocker (SBN 291596)
Aaron Mackey (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
cindy@eff.org
*Attorneys for* Amicus Curiae *Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>Defendants. | Case No. 3:23-CV-03836-CRB<br><br>*AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, ELECTRONIC FRONTIER FOUNDATION, AND KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY'S FED. R. CIV. P. 7.1 STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION |

Case No. 3:23-CV-03836-CRB
*AMICI CURIAE*'S FED R. CIV. P. 7.1 STATEMENT
AND CIV. L.R. 3-15 CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel certify that *amici curiae* American Civil Liberties Union, American Civil Liberties Union Foundation of Northern California, Electronic Frontier Foundation, and Knight First Amendment Institute have no parent corporations and no publicly held corporation owns 10 percent or more of their organization's stock.

Pursuant to Northern District of California Civil Local Rule 3-15, undersigned counsel further certify that, as of this date, *amici* are not aware of any conflict.

Dated: November 24, 2023

/s/ Matthew T. Cagle

Esha Bhandari (*pro hac vice application pending*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
*Attorney for* Amici Curiae

Matthew T. Cagle (SBN 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 293-6336
mcagle@aclunc.org
*Attorney for* Amici Curiae

Cindy Cohn (SBN 145997)
Andrew Crocker (SBN 291596)
Aaron Mackey (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
cindy@eff.org
*Attorneys for* Amicus Curiae
*Electronic Frontier Foundation*