1  KENDRA K. ALBERT (SBN 314839)
   kalbert@law.harvard.edu
2  Cyberlaw Clinic
   Harvard Law School
3  1557 Massachusetts Ave, 4th Floor
   Cambridge, MA 02138
4  Telephone: 617-998-1558

5  Attorney for *Amicus Curiae*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | Case Number: 3:23-cv-03836-LB |
| vs. | **NOTICE OF APPEARANCE OF ATTORNEY KENDRA K. ALBERT** |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Kendra K. Albert, of the Cyberlaw Clinic at Harvard Law School, member of the Bar of this Court, and whose contact information appears below, hereby enters their appearance as counsel on behalf of Public Participation Project as *amicus curiae* on the pending Motion to Dismiss and Special Motion to Strike.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 24, 2023 | /s/ Kendra K. Albert |
| 3 | | Kendra K. Albert (SBN 314839) |
| | | kalbert@law.harvard.edu |
| 4 | | Cyberlaw Clinic |
| 5 | | Harvard Law School |
| | | 1557 Massachusetts Ave, 4th Floor |
| 6 | | Cambridge, MA 02138 |
| | | Telephone: 617-998-1558 |
| 7 | | *Attorney for* Amicus Curiae |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 24, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ Kendra K. Albert
Kendra K. Albert (SBN 314839)
kalbert@law.harvard.edu
Harvard Cyberlaw Clinic
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

*Attorney for* Amicus Curiae