KENDRA K. ALBERT (SBN 314839)
kalbert@law.harvard.edu
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

Attorney for *Amicus Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>vs.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive | Case Number: 3:23-cv-03836-LB<br><br>**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF COUNTERING DIGITAL HATE, INC. AND CENTER FOR COUNTERING DIGITAL HATE LTD.** |

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF CENTER FOR COUNTERING DIGITAL HATE, INC. AND CENTER FOR COUNTERING DIGITAL HATE LTD.**

The Public Participation Project ("PPP"), by and through undersigned counsel, respectfully requests leave to file a brief as *amicus curiae* in the above-captioned case between X Corp. and the Center for Countering Digital Hate ("CCDH"). PPP's brief will support Defendants CCDH's Motion to Dismiss/Anti-SLAPP Motion to Strike ("Anti-SLAPP Motion"). PPP has conferred with counsel to the Parties regarding this motion for leave. The Defendants CCDH and Stichting European Climate Foundation consent to PPP's participation. The Plaintiff X Corp. has declined to take a position on PPP's participation prior to filing.

PPP is a non-profit organization that works to protect citizens from Strategic Lawsuits Against Public Participation (SLAPPs) through the enactment of legislation in Congress and the states. Another important aspect of PPP's work is educating the public about SLAPPs and the consequences of these lawsuits intended to limit free speech. PPP's involvement in this case is particularly relevant given its expertise and advocacy in matters concerning free speech and legal challenges that may impede public participation. As highlighted in *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, district courts often allow amicus briefs from parties that can provide unique information or perspectives beyond what the parties can offer. 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). PPP, with its specialized focus on protecting free speech against SLAPPs, can offer the Court insights and expertise in this area, which is crucial for the present case.

PPP's brief will focus on the importance of safeguarding free speech and the dangers posed by SLAPPs in the context of this litigation. The scope of PPP's brief will be aligned with the issues raised by the Defendants, while emphasizing the broader implications of this case on public participation and free expression. The plaintiff's causes of action are based on contractual and tort claims and are essentially targeted at CCDH's First Amendment-protected activities, specifically engaging in research and publishing reports. The brief emphasizes the applicability of California's anti-SLAPP statute, which is designed to prevent misuse of legal processes to suppress speech. The Public Participation Project advocates applying the anti-SLAPP statute to protect free speech and prevent the burdening of defendants with disproportionate legal costs, especially in cases where a larger entity is suing a smaller one.

While the Federal Rules of Appellate Procedure do not apply in this Court, the proposed amicus brief does conform to the page limitation and was timely submitted under the requirements of Fed. R. App. P. 29. Defendants CCDH filed its Anti-SLAPP Motion on November 16, 2023. This brief is being filed seven days after the Anti-SLAPP Motion that it supports.[1] PPP supports CCDH's Anti-SLAPP Motion. The brief is less than a dozen pages,

---

[1] The actual filing date fell on Thanksgiving which pushes the filing date to the next business day, Friday, November 24, 2023. Fed. R. Civ. P. 6(a)(1)(C).

whereas this Court has allowed the defendant CCDH up to twenty-five (25) pages for the Anti-SLAPP Motion and thirty-five (35) pages for plaintiff's memorandum of points and authorities in opposition. Dkt. 44.

Therefore, PPP respectfully moves the Court for leave to file the attached *amicus curiae* brief.

Dated: November 24, 2023

/s/ Kendra K. Albert
Kendra K. Albert (SBN 314839)
kalbert@law.harvard.edu
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

*Attorney for* Amicus Curiae

## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

Dated: November 24, 2023

/s/ Kendra K. Albert
Kendra K. Albert (SBN 314839)
kalbert@law.harvard.edu
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

*Attorney for* Amicus Curiae