UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>vs.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive | Case Number: 3:23-cv-03836-LB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* BY PUBLIC PARTICIPATION PROJECT** |

The Court having read and considered the Motion for Leave to File Amicus Brief by Public Participation Project and good cause appearing, it is ORDERED THAT:

Permission to file Amicus Brief is GRANTED, and the Amicus Brief attached to the Motion is ordered FILED as of the date of granting of the Motion.

**IT IS SO ORDERED.**


DATED: _____, 2023

_____
Hon. Charles R. Breyer
JUDGE OF THE ABOVE-ENTITLED COURT