KENDRA K. ALBERT (SBN 314839)
kalbert@law.harvard.edu
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

Attorney for *Amicus Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | Case Number: 3:23-cv-03836-LB |
| vs. | **PUBLIC PARTICIPATION PROJECT'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned certifies that Public Participation Project has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned also certifies that as of this date, other than the named parties, there is no such interest to report.

1
2  Dated: November 24, 2023                             /s/ Kendra K. Albert
3                                                      Kendra K. Albert (SBN 314839)
                                                       kalbert@law.harvard.edu
                                                       Cyberlaw Clinic
4                                                      Harvard Law School
                                                       1557 Massachusetts Ave, 4th Floor
5                                                      Cambridge, MA 02138
                                                       Telephone: 617-998-1558
6
                                                       *Attorney for* Amicus Curiae
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 24, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

Dated: November 24, 2023

/s/ Kendra K. Albert
Kendra K. Albert (SBN 314839)
kalbert@law.harvard.edu
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Ave, 4th Floor
Cambridge, MA 02138
Telephone: 617-998-1558

*Attorney for* Amicus Curiae