Matthew T. Cagle (SBN 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 293-6336
mcagle@aclunc.org
*Attorney for* Amici Curiae

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | Case Number: 3:23-cv-03836-LB |
| vs. | **NOTICE OF APPEARANCE OF ATTORNEY MATTHEW T. CAGLE** |
| CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington, D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Matthew. T Cagle, of

American Civil Liberties Union Foundation of Northern California, member of the Bar of this

Court, and whose contact information appears below, hereby enters their appearance as counsel

on behalf of all *amici* on the pending Motion for Leave to file Brief of *Amici Curiae* of American

Civil Liberties Union et al. in support of Defendant Center for Countering Digital Hate, Inc.

1 | Dated: November 27, 2023

3

4

5                                           /s/ Matthew T. Cagle
Matthew. T Cagle (SBN 286101)
American Civil Liberties Union
Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
415-293-6336
mcagle@aclunc.org

*Attorney for* Amici Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 27, 2023, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ Matthew T. Cagle
Matthew. T Cagle (SBN 286101)
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Franciso, CA 94111
415-293-6336

mcagle@aclunc.org

*Attorney for* Amici Curiae