UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendant(s). | Case No. 3:23-cv-03836-LB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3) |

I, Esha Bhandari, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: proposed Amicus Curiae in support of Defendant Center for Countering Digital Hate, Inc., in the above-entitled action. My local co-counsel in this case is Matt Cagle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 286101 .

American Civil Liberties Union Foundation
125 Broad Street,
Floor 18
New York, NY 10004
MY ADDRESS OF RECORD

American Civil Liberties Union Foundation of Northern California,
39 Drumm Street,
San Francisco, California, 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 549-2500
MY TELEPHONE # OF RECORD

(415)-293-6336
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ebhandari@aclu.org
MY EMAIL ADDRESS OF RECORD

mcagle@aclunc.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4923140 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 13 November 2023   /s/Esha Bhandari
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Esha Bhandari is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 27, 2023

UNITED STATES DISTRICT/MAGISTRATE JUDGE