Esha Bhandari (*pro hac vice application pending*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
*Attorney for* Amici Curiae

Matthew T. Cagle (SBN 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 293-6336
mcagle@aclunc.org
*Attorney for* Amici Curiae

Cindy Cohn (SBN 145997)
Andrew Crocker (SBN 291596)
Aaron Mackey (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
cindy@eff.org
*Attorneys for* Amicus Curiae *Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 3:23-CV-03836-CRB <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, ELECTRONIC FRONTIER FOUNDATION, AND KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY IN SUPPORT OF DEFENDANT CENTER FOR COUNTERING DIGITAL HATE, INC. |

Having considered the Motion for Leave to File Brief of *Amici Curiae* American Civil Liberties Union, American Civil Liberties Union Foundation of Northern California, Electronic Frontier Foundation, and Knight First Amendment Institute at Columbia in Support of Defendant Center for Countering Digital Hate, Inc., the Court concludes that the motion is GRANTED.

IT IS SO ORDERED.

Dated:  November 29, 2023

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE