J. JONATHAN HAWK (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 (310) 277-4110
Facsimile:      1 (310) 277-4730

RICHARD D. SALGADO (*Pro Hac Vice*
Application Forthcoming)
rsalgado@mwe.com
JORDAN KAZLOW (*Pro Hac Vice* Application
Forthcoming)
jkazlow@mwe.com
LUCAS J. HALE (*Pro Hac Vice* Application
Forthcoming)
lhale@mwe.com
**McDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone:     1 (214) 295-8000
Facsimile:      1 (972) 232-3098

Attorneys for Plaintiff X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD.*,* a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.   3:23-CV-03836-CRB<br><br>**EXHIBITS 1-4 TO X CORP.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITIONS TO DEFENDANTS' MOTIONS**<br><br>Date: February 23, 2024<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor<br>Judge: Hon. Charles R. Breyer |