Exhibit 3

Join us (https://europeanclimate.org/join/)     Contact (https://europeanclimate.org/contact/)

 (https://europeanclimate.org/)

# About

## Paving the way for a net-zero world

The European Climate Foundation (ECF) is a major philanthropic initiative working to help tackle the climate crisis by fostering the development of a net-zero emission society at the national, European, and global level. The ECF supports over 700 partner organisations to carry out activities that drive urgent and ambitious policy in support of the objectives of the Paris Agreement, contribute to the public debate on climate action, and help deliver a socially responsible transition to a net-zero economy and sustainable society in Europe and around the world.

## Leading the change for 15 years

Climate change is the defining challenge of our time, and we are already feeling its impact around the globe. The ECF was founded in 2008 by philanthropists to develop solutions and activate political engagement and public consciousness around this global emergency. Europe's history as a climate leader, its robust democracy and huge single market makes it the ideal place to scale new global solutions. For the last 15 years, the ECF has been a galvanising force in promoting Europe's climate leadership. Today, we form a network of more than 700 organisations working strategically to define and drive the policy in Europe needed for a net-zero world. In 2015, we celebrated a major

breakthrough for climate action with the adoption of the Paris Agreement. Making the promise of this unprecedented global consensus a reality will require not only well-designed laws and policies but also strong political engagement on the back of broad societal support.

# This is our moment

The climate crisis affects everybody. That's why we need all of society on board to face it. The ECF network is moving with urgency to push for an ambitious whole-economy transition in Europe to avoid catastrophic levels of climate change. We must make the social case for a net-zero greenhouse gas society that is more fair, inclusive and healthy. Addressing the climate crisis provides a great opportunity for innovation and economic growth. With our partners we are working with political actors, business and civil society to make Europe a pioneer in the energy transition. Our greatest challenge is changing perceptions to break down the political and social barriers to the necessary solutions to the crisis. Our greatest strength is our ability to align and work with a wide array of actors to converge around our common goal of a sustainable future and better lives.

# Effective philanthropy

Through our network of grantees and funders, we put philanthropy to work in a way that maximises our impact on climate goals. The ECF's institutional strengths and flexible funding allow it to act both as a steady partner and a nimble innovator. To effect lasting change, it is also essential that we coordinate our efforts beyond our borders. The ECF is part of a highly supportive global network to stimulate climate-related policy work worldwide. We work alongside the Energy Foundation (https://www.ef.org/)

in the United States, the Energy Foundation China (http://www.efchina.org/), Iniciativa Climatica de Mexico (http://www.iniciativaclimatica.org/), Instituto Clima e Sociedade in Brazil (https://www.climaesociedade.org/), the Shakti Sustainable Energy Foundation (https://shaktifoundation.in/) in India and the ClimateWorks Foundation (https://www.climateworks.org/) to align the objectives of the climate community and beyond. Evolving together allows us to jointly confront the new challenges we face and expands our capacity for reactivity, resilience and mobilisation at scale.

For more information, access our FAQs (https://europeanclimate.org/faq/) and our most recent Annual Report (https://europeanclimate.org/resources/ecf-annual-report-2022/).



# Read our network stories

Stories (https://europeanclimate.org/stories/)



Join us (https://europeanclimate.org/join/)   Contact (https://europeanclimate.org/contact/)



 (https://europeanclimate.org/)

## Funders | Grantees

The ECF greatly appreciates the funding that supports our work and contributes to effective progress on the route toward a net-zero greenhouse gas emissions society. We are fortunate to count on the support of the following philanthropic partners.

 (https://www.akofoundation.org/)


(https://www.climateworks.org/)

(https://www.laudesfoundation.org/)



 (https://www.porticus.com/en/home/)

 (https://www.hightidefoundation.org/)

 (http://www.granthamfoundation.org/)

 (https://www.stiftung-mercator.de/en/)

 (http://www.mccallmacbain.org/)

 (https://climateimperative.org/)

 (http://krfnd.org/)

 [(https://growaldfamilyfund.org/)](https://growaldfamilyfund.org/)

 [(https://www.postcodeloterij.nl/)](https://www.postcodeloterij.nl/)

 [(https://ikeafoundation.org/)](https://ikeafoundation.org/)

 [(https://ciff.org/)](https://ciff.org/)

 [(https://hewlett.org/)](https://hewlett.org/)

 [(https://www.bloomberg.org)](https://www.bloomberg.org)

 (http://oakfnd.org/)

 (http://www.rbf.org)

# Financials

The following figures are based on our latest audited financial overview from 2022. Apart from administration and in-house
projects, they cover regranting activities across the ECF's work programmes.

In addition to these programmes, we also incubate platforms to create and build out new institutions that are needed for climate action. These figures do not include the expenditures related to such ECF-hosted platforms, which have a specific governance structure and restricted funding.

The ECF's financial statements meet the conditions for a Public Benefit Organisation (https://www.belastingdienst.nl/wps/wcm/connect/bldcontenten/belastingdienst/business/business-public-benefit-organisations/public_benefit_organisations/what_is_pbo/what_is_a_pbo) under Dutch law. Please visit our FAQ (https://europeanclimate.org/faq/) page for more information on our grantmaking process.

To access the Dutch ANBI standard form for 2022, click here (https://europeanclimate.org/wp-content/uploads/2023/07/2022-standard-form-publication-anbi.pdf).



**Planning, Monitoring and Learning**

The ECF uses the PARL tool to capture the Theory of Change of its programmes, and to monitor progress towards their objectives. To get more insights on PARL, click here (https://europeanclimate.org/wp-content/uploads/2023/06/a-comprehensive-analysis-of-the-parl-tool.pdf).

## Key Figures (2022)

1,209 grants

696 grantee partners

213 employees



Programmes
**91.9%**
of total spending

Other
**8.1%**
of total spending

| 25.8% | In-country National Climate Programmes | €35,570,279 |
| 24.3% | Promoting a Fossil Free Energy System | €33,416,908 |



| | | |
|---|---|---|
| 21.4% | Developing & Advocating Fair & Ambitious Policy Solutions | €29,498,334 |
| 10.3% | International Programmes, Diplomacy, and Trade | €14,244,370 |
| 5.3% | Strategic Communications | €7,248,730 |
| 4.7% | Climate Accountability | €6,501,126 |
| 8.1% | Administration & Organisational Development | €11,171,259 |

# Previous annual reports

Please find all previous annual reports in the Resources (https://europeanclimate.org/resources/?topics=annual-report) section.

## Foundation offices

The Hague  |  Berlin  |  Brussels  |  London  |  Paris  |  Warsaw

About Climate Action (https://europeanclimate.org/about-climate-action/)
Why ECF (https://europeanclimate.org/why-ecf/)   Stories (https://europeanclimate.org/stories/)
Resources (https://europeanclimate.org/resources/)   News (https://europeanclimate.org/news/)

[The foundation (https://europeanclimate.org/about/)](https://europeanclimate.org/about/)    [Join us (https://europeanclimate.org/join/)](https://europeanclimate.org/join/)

[Contact (https://europeanclimate.org/contact/)](https://europeanclimate.org/contact/)

 [(https://www.ngosource.org/about-equivalency-determination-on-file-badge)](https://www.ngosource.org/about-equivalency-determination-on-file-badge)

[Privacy (https://europeanclimate.org/privacy/)](https://europeanclimate.org/privacy/) | © 2023 European Climate Foundation

[karma (https://karma.agency/)](https://karma.agency/)

