# Exhibit 4



Menu

Search       Submit



Search       Submit

# About Us



Manatt is a multidisciplinary, integrated national professional services firm known for quality and an extraordinary commitment to clients. We are keenly focused on specific industry sectors, providing legal and consulting capabilities at the very highest levels to achieve our clients' business objectives.

Our groundbreaking approach—bringing together legal services, advocacy and business strategy—differentiates us from our competitors and positions us to provide a unique and compelling value proposition. We strive to be essential to our clients.

From our roots in banking, entertainment and government, we work with clients from industries as diverse as health care, financial services, media, technology, retail and consumer products, real estate, and energy. Our practice mix and deep understanding of the industries that drive the U.S. and global economies benefit clients as we resolve complex and potentially enterprise-threatening disputes, help finance their operations and expand their businesses, and navigate the maze of law and regulation governing virtually all commercial activity.

Our strong presence in America's most important business markets enables us to address and exceed client expectations. Our largest offices are strategically located in Los Angeles, New York, San Diego, Silicon Valley, San Francisco, Orange County, Chicago, Washington, D.C., and Boston. Our state capital offices in Sacramento and Albany provide connections to government decision makers and to solutions that are unavailable from our competitors.

Beyond this energizing work, we are deeply committed to diversity, to public service, to involvement in the communities we serve and to excellence in all we do.

**Founded**

1965

**Chief Executive Officer and Managing Partner**

Donna L. Wilson

**Chief Operating Officer**

Kristan D. Morrell

**Number of Professionals**

450

**Services**

Business Strategy and Consulting

Corporate and Finance

Government and Regulatory

Litigation

**Industries**

Digital and Technology

Energy and Environment

Entertainment

Financial Services

Health

Real Estate

Retail and Consumer Products

**Consulting Subsidiaries**

Manatt Health Strategies, LLC

Manatt Housing Solutions

Manatt Real Estate Advisors

**Main Phone**

310.312.4000

**Main Fax**

310.312.4224

**Website**

www.manatt.com



ATTORNEY ADVERTISING

pursuant to New York DR 2-101(f)

© 2023 Manatt, Phelps & Phillips, LLP.

All rights reserved