IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> CENTER FOR COUNTERING DIGITAL HATE, INC., et al., <br><br> Defendants. | Case No. 23-cv-03836-CRB <br><br> **JUDGMENT** |

Having granted Defendant CCDH's Motion to Dismiss & Strike (dkt. 47) and Defendant ECF's Motion to Dismiss (dkt. 49), the Court hereby ENTERS JUDGMENT for Defendants and against Plaintiff X Corp.

**IT IS SO ORDERED.**

Dated: March 25, 2024

CHARLES R. BREYER
United States District Judge