# EXHIBIT E

Kaplan Hecker & Fink LLP

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 8/8/2023 | MC | Coordinate initial research topics; call with A. Sabaghian and A. Jain; attention to amended complaint. | 2.2 |
| 8/9/2023 | AJ | Researching, calculating, and summarizing upcoming filing deadlines and requirements. | 2.1 |
| 8/9/2023 | MC | Review amended complaint. | 0.5 |
| 8/9/2023 | ASA | Research into procedural questions regarding anti-SLAPP motions in federal court. | 2.1 |
| 8/10/2023 | ASA | Research into whether a combo anti-SLAPP motion/motion to dismiss is appropriate. | 2.3 |
| 8/10/2023 | ASA | Reviewing and summarizing Brandwatch-related documents. | 4 |
| 8/10/2023 | AJ | Attention to factual and legal research (editing legal analysis re: case deadlines and strategy; reviewing summary of relevant documents from client). | 0.5 |
| 8/11/2023 | AJ | Attention to potential anti-SLAPP motion (legal research). | 3.6 |
| 8/12/2023 | AJ | Attention to potential anti-SLAPP motion (legal research and analysis). | 4.7 |
| 8/13/2023 | ASA | Re-reading complaint. | 0.7 |
| 8/14/2023 | ASA | Attention to motion to dismiss legal research. | 2.8 |
| 8/14/2023 | AJ | Attention to motion to dismiss (legal research). | 0.4 |
| 8/14/2023 | JQ | Internal touch-base call re MTD planning. | 0.2 |
| 8/14/2023 | AJ | Attention to anti-SLAPP motion (legal research and analysis). | 2.6 |
| 8/14/2023 | MC | Call with R. Kaplan and J. Quinn re MTD planning. | 0.2 |
| 8/14/2023 | RK | Catch up call with M. Craig and J. Quinn re MTD planning. | 0.2 |
| 8/15/2023 | RK | Emails re amended complaint. | 0.3 |
| 8/15/2023 | JQ | Emails re amended complaint. | 0.3 |
| 8/15/2023 | MC | Review claims analysis. | 1.2 |
| 8/15/2023 | ASA | Research on potential defenses; correspondences regarding the same. | 1.9 |
| 8/16/2023 | ASA | Additional work on research and revisions to the same. | 4.7 |
| 8/16/2023 | MC | Review claims analysis and provide comments on same. | 3.5 |
| 8/16/2023 | AJ | Attention to anti-SLAPP and 12(b)(6) research (meeting with M. Craig and A. Sabaghian). | 1 |
| 8/16/2023 | AJ | Attention to anti-SLAPP motion (legal research, analysis, and revision of analysis). | 2 |
| 8/16/2023 | RK | Emails with client re status. | 0.3 |
| 8/17/2023 | AJ | Attention to anti-SLAPP and MTD arguments (legal research and analysis). | 2.3 |
| 8/17/2023 | ASA | Legal research on defenses. | 2.7 |
| 8/17/2023 | ASA | Legal research on defenses. | 2.3 |
| 8/20/2023 | MC | Work on claims analysis; review caselaw. | 5.8 |
| 8/21/2023 | JQ | Review draft MTD outline from team. | 0.5 |
| 8/22/2023 | AJ | Attention to motion to dismiss/anti-SLAPP motion (call with M. Craig and A. Sabaghian). | 0.5 |
| 8/22/2023 | AJ | Attention to motion to dismiss (research and analysis). | 1.1 |
| 8/22/2023 | AJ | Attention to anti-SLAPP motion (revising legal analysis; supplemental legal research). | 1.6 |
| 8/22/2023 | ASA | Team meeting with M. Craig and A. Jain to discuss next steps. | 0.5 |
| 8/22/2023 | ASA | Reviewing emails related to potential defenses against the complaint. | 0.5 |
| 8/22/2023 | MC | Call with A. Jain and A. Sabaghian re claims analysis; revise initial analysis for broader distribution. | 0.8 |
| 8/23/2023 | MC | Work on revised research analysis and emails re same. | 1.8 |
| 8/23/2023 | ASA | Additional work on revisions to research document for potential defenses to the complaint; emails regarding the same. | 0.5 |
| 8/23/2023 | RK | Attention to argument email for client. | 0.9 |
| 8/23/2023 | AJ | Attention to motion to dismiss (legal analysis and revisions). | 3.9 |
| 8/24/2023 | AJ | Attention to motion to dismiss (fact-gathering call with clients, R. Kaplan, J. Quinn, and M. Craig (1.0); follow-ups (0.4)). | 1.4 |
| 8/24/2023 | AJ | Attention to motion to dismiss (reviewing comments on legal research). | 0.2 |
| 8/24/2023 | JQ | Call w tech team at client, internal follow-up. | 1 |
| 8/24/2023 | RK | Call with clients re facts, re research reports; emails re claims. | 1.6 |
| 8/24/2023 | ASA | Attention to emails and correspondences regarding defenses and timeline of filings. | 0.4 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 8/24/2023 | MC | Call with clients re complaint allegations; review claims analysis and provide comments on same. | 2.4 |
| 8/25/2023 | ASA | Additional research on defenses; edits and revisions to outline regarding the same. | 4.9 |
| 8/25/2023 | AJ | Attention to anti-SLAPP motion and MTD (legal research and analysis). | 6.9 |
| 8/26/2023 | AJ | Attention to MTD and anti-SLAPP motion (legal research and analysis). | 1.2 |
| 8/26/2023 | MC | Review revised claims analysis; email with J. Quinn and J. Matz. | 0.3 |
| 8/26/2023 | ASA | Additional research on potential defenses to the complaint. | 4.2 |
| 8/28/2023 | RK | Attention to motion to dismiss. | 0.2 |
| 8/28/2023 | AJ | Attention to anti-SLAPP and Rule 12 motion (reviewing legal research and analysis). | 0.2 |
| 8/30/2023 | MC | Confer with A. Jain re next steps; call with I. Ahmed. | 0.9 |
| 8/30/2023 | RK | Call with client re motion to dismiss. | 0.7 |
| 8/30/2023 | JQ | Prep for and lead call with client re motion arguments and strategy. | 1 |
| 8/30/2023 | AJ | Attention to research planning (communicating with A. Sabaghian re: client updates and next steps for research). | 0.3 |
| 8/30/2023 | AJ | Call with client and R. Kaplan, J. Quinn, and M. Craig (0.7); debrief and next steps with M. Craig (0.2). | 0.9 |
| 9/1/2023 | AJ | Attention to anti-SLAPP motion (legal research). | 2.7 |
| 9/1/2023 | AJ | Attention to anti-SLAPP motion (factual/technical research). | 1.8 |
| 9/5/2023 | AJ | Attention to anti-SLAPP motion (call with A. Sabaghian re: factual and legal research). | 0.7 |
| 9/5/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (client correspondence and factual research). | 0.7 |
| 9/5/2023 | AJ | Attention to anti-SLAPP motion and MTD (factual and legal research (4.0)). | 4 |
| 9/5/2023 | ASA | Review of background materials relating to Complaint; meeting with A. Jain to discuss defenses and issues. | 1 |
| 9/6/2023 | ASA | Research on arguments for motion to dismiss. | 1.7 |
| 9/7/2023 | ASA | Research on MTD arguments. | 3.7 |
| 9/8/2023 | ASA | Research on MTD arguments. | 1.7 |
| 9/10/2023 | ASA | Research on MTD arguments. | 2.7 |
| 9/11/2023 | ASA | Researching case law on anti-SLAPP deadline in federal court and creating chart of current deadlines. | 1.5 |
| 9/11/2023 | AJ | Attention to anti-SLAPP motion (factual research (0.3); legal research re: scheduling and deadlines (0.6)). | 0.9 |
| 9/11/2023 | MC | Emails re contract arguments; review analysis of MTD defenses. | 0.4 |
| 9/12/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (planning and substantive discussion with M. Craig and A. Sabaghian). | 0.5 |
| 9/12/2023 | MC | Call with A. Sabaghian and A. Jain. | 0.5 |
| 9/14/2023 | AJ | Meeting with A. Sabaghian re: anti-SLAPP motion research. | 0.2 |
| 9/14/2023 | AJ | Attention to combined motion to dismiss and anti-SLAPP motion (outlining motion). | 1.5 |
| 9/14/2023 | AJ | Attention to drafting scheduling stipulation. | 0.3 |
| 9/14/2023 | ASA | Meeting with A. Jain to discuss next steps on anti-SLAPP motion research. | 0.2 |
| 9/14/2023 | ASA | Revisions to draft stipulation; research and correspondence regarding the same. | 2.4 |
| 9/15/2023 | ASA | Revisions to draft stipulation; correspondence regarding the same. | 1 |
| 9/15/2023 | AJ | Attention to editing draft stipulation. | 0.5 |
| 9/15/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (outlining motion). | 0.3 |
| 9/16/2023 | AJ | Attention to anti-SLAPP motion (outlining motion (0.1)); attention to scheduling stipulation (legal research and editing stipulation (0.4)). | 0.5 |
| 9/19/2023 | ASA | Reviewing outline of arguments for motions to strike/dismiss. | 0.3 |
| 9/20/2023 | MC | Review and revise draft stipulation; revise and revise draft declaration; emails with A. Jain and A. Sabaghian re filings; prepare comments on motion outline. | 3.3 |
| 9/20/2023 | AJ | Attention to scheduling stip (revising stip). | 0.2 |
| 9/20/2023 | ASA | Research and revisions to stipulation for extension of time. | 1.9 |
| 9/21/2023 | AJ | Attention to scheduling stipulation (0.3); attention to motion to dismiss and anti-SLAPP motion (reviewing and annotating outline of motion (0.2); call with M. | 1 |
| 9/21/2023 | ASA | Edits and revisions to stipulation; research and correspondence regarding the same. | 2 |
| 9/21/2023 | ASA | Team meeting with M. Craig and A. Jain to discuss motion planning. | 0.5 |
| 9/21/2023 | MC | Call with A. Jain and A. Sabaghian re motions; review caselaw. | 1.4 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 9/22/2023 | ASA | Correspondences with Amit Jain regarding First Amendment issues. | 0.5 |
| 9/22/2023 | AJ | Attention to anti-SLAPP motion (legal research and analysis). | 0.1 |
| 9/23/2023 | RK | Emails with client re status. | 0.5 |
| 9/25/2023 | AJ | Attention to case logistics (revising and editing scheduling stipulation). | 0.2 |
| 9/25/2023 | AJ | Attention to motion to dismiss arguments (call with M. Craig and A. Sabaghian (0.6); debrief and factual research with A. Sabaghian (0.2)). | 0.8 |
| 9/25/2023 | ASA | Arranging, organizing, and coordinating documents relevant to anticipated motions; attention to edits to stipulation. | 1.9 |
| 9/25/2023 | ASA | Team meeting to discuss relevant documents for anticipated motions. | 0.8 |
| 9/25/2023 | MC | Revise stipulation and declaration; emails re same; call with A. Jain and A. Sabgaghian re Brandwatch issues, and prep for same. | 3.1 |
| 9/26/2023 | MC | Revise stipulation and email re same. | 0.9 |
| 9/26/2023 | AJ | Attention to case logistics and deadlines (editing draft scheduling stipulation (0.7); research (0.2)). | 0.9 |
| 9/27/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (legal and factual analysis). | 0.8 |
| 9/27/2023 | JQ | Call and emails w client re timing of stip and defenses. | 0.1 |
| 9/27/2023 | MC | Attention to documents re: Brandwatch allegations; revisions to stipulation. | 0.3 |
| 9/27/2023 | ASA | Creating chart of facts relevant to anticipated anti-SLAPP and Rule 12(b) motions. | 2.2 |
| 9/27/2023 | ASA | Research on MTD arguments. | 1.4 |
| 9/28/2023 | ASA | Drafting and researching anticipated motions; correspondences with A. Jain regarding the same. | 5.4 |
| 9/28/2023 | ASA | Review of Brandwatch documents. | 0.5 |
| 9/28/2023 | ASA | Drafting and researching anticipated motions; correspondences with A. Jain regarding the same. | 1.9 |
| 9/28/2023 | MC | Emails with ECF counsel and opposing counsel re stipulation; attention to Brandwatch allegations issue. | 1 |
| 9/28/2023 | RK | Emails with client re Brandwatch letter to opposing counsel. | 0.4 |
| 9/28/2023 | AJ | Attention to scheduling (legal research and communication re: scheduling stipulation; revising stipulation). | 0.6 |
| 9/28/2023 | AJ | Attention to anti-SLAPP motion (legal research, analysis, and outlining). | 5 |
| 9/29/2023 | AJ | Attention to anti-SLAPP motion (legal research, analysis, and drafting). | 5.5 |
| 9/29/2023 | ASA | Drafting and researching anticipated motions; correspondences with A. Jain regarding the same. | 2.4 |
| 9/29/2023 | ASA | Drafting and researching anticipated motions; correspondences with A. Jain regarding the same. | 0.7 |
| 9/29/2023 | ASA | Drafting and researching anticipated motions. | 0.9 |
| 9/30/2023 | AJ | Attention to anti-SLAPP motion (drafting motion). | 5.1 |
| 10/2/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (editing and drafting motion). | 2.3 |
| 10/2/2023 | JQ | Extensive work on finalizing stip including multiple calls to opposing counsel, local counsel, co-defendant counsel, edits to draft, follow-up. | 2 |
| 10/2/2023 | MC | Calls with opposing counsel, J. Quinn, and M. Williams re stipulation; emails re stipulation. | 1.5 |
| 10/2/2023 | ASA | Research and drafting for anticipated motion to dismiss. | 2.6 |
| 10/3/2023 | ASA | Research and drafting for anticipated motion to dismiss. | 8.8 |
| 10/3/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (reviewing draft). | 0.1 |
| 10/3/2023 | MC | Review documents re: Brandwatch and prepare analysis of same. | 3.3 |
| 10/4/2023 | ASA | Research and writing for anticipated motion to dismiss. | 3.4 |
| 10/4/2023 | ASA | Research and writing for anticipated motion to dismiss. | 4.2 |
| 10/4/2023 | MC | Attention to Brandwatch issues. | 0.5 |
| 10/5/2023 | ASA | Attention to legal research for anticipated anti-SLAPP motion. | 2.6 |
| 10/5/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (drafting and revising motion). | 4.1 |
| 10/5/2023 | MC | Attention to Brandwatch issues. | 0.3 |
| 10/6/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (drafting and editing motion). | 8.4 |
| 10/6/2023 | ASA | Correspondence with A. Jain regarding draft motions; review of draft motion; review of analysis of relevant Brandwatch agreements. | 0.8 |
| 10/6/2023 | MC | Work on analysis of Brandwatch agreements. | 0.5 |
| 10/11/2023 | ASA | Drafting email to client regarding available documents. | 1.6 |
| 10/11/2023 | ASA | Meeting with J. Quinn and M. Craig to discuss Brandwatch agreements. | 0.2 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 10/11/2023 | ASA | Call w/ M. Craig about client email. | 0.2 |
| 10/11/2023 | MC | Calls re Brandwatch documents. | 0.4 |
| 10/11/2023 | JQ | Internal meeting re Brandwatch issues. | 0.2 |
| 10/12/2023 | MC | Work on email to client re Brandwatch documents. | 0.5 |
| 10/13/2023 | MC | Call with I. Ahmed re status and next steps. | 0.5 |
| 10/13/2023 | JQ | Update call w client. | 0.5 |
| 10/13/2023 | ASA | Attention to legal research for anticipated anti-SLAPP motion. | 0.3 |
| 10/17/2023 | ASA | Attention to correspondence regarding Brandwatch documents. | 0.1 |
| 10/17/2023 | ASA | Attention to legal research for anticipated anti-SLAPP motion. | 0.4 |
| 10/18/2023 | AJ | Attention to anti-SLAPP motion/motion to dismiss (meeting with M. Craig and A. Sabaghian (0.5); legal research and analysis (1.4)). | 1.9 |
| 10/18/2023 | ASA | Meeting with M. Craig and A. Jain to discuss next steps on motion. | 0.5 |
| 10/18/2023 | MC | Meet with associate team. | 0.5 |
| 10/19/2023 | AJ | Attention to anti-SLAPP motion (legal research and analysis). | 0.5 |
| 10/19/2023 | ASA | Attention to correspondence about anti-SLAPP legal issues. | 0.4 |
| 10/20/2023 | ASA | Attention to drafts and correspondence regarding Brandwatch letter to opposing counsel. | 0.2 |
| 10/20/2023 | AJ | Attention to opposing counsel communications (drafting Brandwatch letter to opposing counsel re: falsities in the complaint). | 1.6 |
| 10/20/2023 | MC | Work on letter re Brandwatch documents. | 1.3 |
| 10/23/2023 | MC | Revise Brandwatch letter; emails re same. | 0.6 |
| 10/24/2023 | JQ | Work on brandwatch letter. | 0.5 |
| 10/24/2023 | AJ | Attention to opposing counsel communications (revising Brandwatch letter to opposing counsel (0.8)); attention to anti-SLAPP motion/motion to dismiss (factual research and review of local rules (0.2)). | 1 |
| 10/25/2023 | AJ | Attention to opposing counsel communications (internal review and revisions of letter to opposing counsel re: factual inaccuracies). | 0.4 |
| 10/25/2023 | RK | Reviewed Brandwatch letter to opposing counsel. | 0.6 |
| 10/26/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (legal research (0.3); review of standing order and consideration of stipulation for additional pages (0.3)); attention to Brandwatch letter to opposing counsel (0.1). | 0.7 |
| 10/27/2023 | AJ | Attention to anti-SLAPP motion and motion to dismiss (factual research (0.2)); attention to stipulation for additional pages (researching and drafting stipulation (1.0)). | 1.2 |
| 10/30/2023 | AJ | Attention to opposing counsel communications. | 0.1 |
| 10/31/2023 | AJ | Attention to page extension stipulation (correspondence with opposing counsel (0.2)); attention to draft letter to opposing counsel re: Brandwatch allegations (0.2). | 0.4 |
| 10/31/2023 | MC | Work on motion to dismiss. | 0.5 |
| 10/31/2023 | JQ | Attention to brandwatch letter. | 0.4 |
| 10/31/2023 | RK | Review letter to J. Hawk re Brandwatch. | 0.3 |
| 11/1/2023 | AJ | Attention to motion to dismiss/anti-SLAPP motion (editing and revising motion). | 2.1 |
| 11/1/2023 | AJ | Attention to communications with opposing counsel (editing and revising letter re: Brandwatch allegations). | 0.6 |
| 11/1/2023 | ASA | Attention to Matt Craig comments on draft motion; correspondence with Amit Jain regarding the same. | 0.4 |
| 11/1/2023 | RK | Edits to Brandwatch letter. | 0.6 |
| 11/1/2023 | MC | Work on motion to dismiss and anti-SLAPP motions; email re same. | 4.1 |
| 11/2/2023 | ASA | Extensive research and edits for draft motions. | 5.8 |
| 11/2/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (call with A. Sabaghian (0.1); revising draft motion (5.7)); attention to stipulation for more pages (editing stipulation (0.3)). | 6.1 |
| 11/3/2023 | AJ | Attention to MTD/anti-SLAPP motion. | 0.1 |
| 11/3/2023 | JQ | Close read of brief, initial edits, emails w team; review and revise page limit stip. | 1.8 |
| 11/3/2023 | JQ | Correspondence and calls to other side re page limit agreement. | 0.5 |
| 11/3/2023 | AJ | Attention to stipulation for additional pages (revising stipulation). | 0.6 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/3/2023 | ASA | Review and correspondence regarding draft motions. | 0.5 |
| 11/6/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (meeting with R. Kaplan, J. Quinn, and A. Sabaghian). | 0.5 |
| 11/6/2023 | JQ | Further review of brief, meet w team. | 1 |
| 11/6/2023 | AJ | Attention to motion to dismiss and anti-SLAPP brief (revisions and legal research (4.7)); attention to extension of pages stipulation (filing logistics and revisions (0.3)). | 5 |
| 11/6/2023 | ASA | Compiling outstanding research questions. | 0.3 |
| 11/6/2023 | ASA | Additional research related to motions to dismiss/strike. | 1.2 |
| 11/6/2023 | ASA | Additional research related to motions to dismiss/strike. | 3.5 |
| 11/6/2023 | ASA | Team meeting to discuss draft motion. | 0.5 |
| 11/6/2023 | RK | Team meeting re status, motion to dismiss. | 0.5 |
| 11/7/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (editing and revising draft (4.9); review of Judge Breyer's individual rules (0.2)). | 5.1 |
| 11/7/2023 | ASA | Implementing edits to draft anticipated motions (Rule 12(b)(6) and anti-SLAPP); research regarding the same; correspondence regarding the same. | 5.1 |
| 11/7/2023 | JQ | Extensive work revising draft brief. | 3.9 |
| 11/8/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (editing and revising draft motion). | 1.7 |
| 11/8/2023 | AJ | Attention to draft stipulation for additional pages (correspondence with opposing counsel; editing stipulation). | 0.2 |
| 11/8/2023 | JQ | Attention to stip correspondence, further edits to draft brief. | 1 |
| 11/8/2023 | ASA | Correspondence regarding anticipated motions; discussing outstanding research tasks with A. Jain; drafting declaration for anticipated motions. | 1.9 |
| 11/9/2023 | RK | Call with client re motion to dismiss. | 0.3 |
| 11/9/2023 | JQ | Call w client re brief; attention to brief edits, finalize stip, finalize draft brief. | 1.5 |
| 11/9/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (legal research and revisions). | 2.7 |
| 11/9/2023 | AJ | Attention to draft stipulation for additional pages (revising stipulation; correspondence with opposing counsel; filing and logistics). | 1.1 |
| 11/9/2023 | AJ | Attention to draft letter to opposing counsel (finalizing letter). | 0.1 |
| 11/10/2023 | AJ | Attention to Brandwatch letter to opposing counsel (securing exhibit and finalizing letter (1.1)); attention to motion to dismiss and anti-SLAPP motion (outlining remaining legal research tasks (0.2)). | 1.3 |
| 11/10/2023 | RK | Attention to Brandwatch letter and related matters. | 1.1 |
| 11/10/2023 | ASA | Attention to correspondence regarding remaining tasks for anticipated motions. | 0.5 |
| 11/11/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (revising motion). | 1 |
| 11/13/2023 | JQ | Review latest turns of brief. | 1.3 |
| 11/13/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (calls with M. Craig re: draft). | 0.7 |
| 11/13/2023 | MC | Review draft brief; attention to motion to dismiss issues; calls with A. Jain re case status. | 2 |
| 11/13/2023 | AJ | Attention to anti-SLAPP motion and motion to dismiss (legal research and analysis; revising motion). | 2.5 |
| 11/13/2023 | ASA | Attention to correspondence regarding anticipated motions; research and correspondence regarding claims; edits to RAK declaration. | 1.6 |
| 11/14/2023 | AJ | Call with M. Craig (discussing motion to dismiss and anti-SLAPP motion). | 0.2 |
| 11/14/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (legal research; revising motion). | 1.3 |
| 11/14/2023 | MC | Call with A. Jain re our brief; review and revise anti-SLAPP motion. | 0.5 |
| 11/15/2023 | MC | Calls with A. Jain re X Corp. letter; prepare email to client re X Corp. letter. | 0.5 |
| 11/15/2023 | AJ | Attention to opposing counsel communications (analyzing letter from opposing counsel; calls with M. Craig re: letter; drafting update for client). | 0.6 |
| 11/15/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (revising motion, conducting legal research, considering whether RJN needed). | 1 |
| 11/15/2023 | JQ | Review latest turn of brief and propose edits. | 1.1 |
| 11/16/2023 | AJ | Attention to motion to dismiss and anti-SLAPP motion (revising, proofreading, finalizing, and filing motion). | 5.5 |
| 11/16/2023 | MC | Final review of brief; confer with A. Jain re brief finalization; emails with client re filing. | 3.5 |
| 11/16/2023 | ASA | Proofing filings; correspondence with A. Jain regarding the same. | 2.6 |
| 11/16/2023 | RK | Finalization and filing of brief. | 0.7 |
| 11/16/2023 | JQ | Brief finalization. | 0.3 |
| 11/20/2023 | AJ | Attention to reviewing new related litigation. | 0.3 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/27/2023 | ASA | Tracking potential issues for reply brief. | 0.6 |
| 11/28/2023 | RK | Emails with client re status. | 0.3 |
| 12/6/2023 | AJ | Attention to legal research (reviewing developments in litigation cited in anti-SLAPP motion). | 0.2 |
| 12/12/2023 | ASA | Compiling sources for reply brief. | 0.5 |
| 12/14/2023 | AJ | Attention to anti-SLAPP and MTD briefing (reviewing new filings in other litigation by X Corp.). | 0.2 |
| 12/20/2023 | JQ | Coordinate w team on plan for review of opp brief and preparation of reply. | 0.2 |
| 12/20/2023 | AJ | Attention to reply brief (reviewing opening brief and brainstorming arguments and schedule (0.5); call with M. Craig and A. Sabaghian re: reply (0.3)). | 0.8 |
| 12/20/2023 | MC | Call with associate team re reply brief; email with J. Quinn re same. | 0.6 |
| 12/20/2023 | ASA | Team call with M. Craig and A. Jain to discuss reply brief. | 0.3 |
| 12/22/2023 | AJ | Attention to anti-SLAPP motion and motion to dismiss (reviewing X Corp.'s filings; legal research and analysis; drafting update for client). | 1.9 |
| 12/22/2023 | ASA | Attention to email correspondence regarding reply brief. | 0.3 |
| 12/22/2023 | JQ | Initial review and internal emails re opposition brief. | 0.5 |
| 12/22/2023 | MC | Review opposition brief; emails re same; confer with A. Jain re reply. | 1.4 |
| 12/23/2023 | ASA | Meeting with A. Jain to discuss reply brief. | 1 |
| 12/23/2023 | AJ | Attention to reply brief (reviewing X Corp.'s filings (0.1); call discussing arguments, responses, and research tasks with A. Sabaghian (1.0)). | 1.1 |
| 12/26/2023 | ASA | Review and research for reply brief. | 2.8 |
| 12/27/2023 | ASA | Research and drafting for reply brief; correspondence with A. Jain regarding the same; team meeting with J. Quinn, M. Craig, and A. Jain regarding same. | 3.7 |
| 12/27/2023 | AJ | Attention to reply brief (planning and analysis call with M. Craig and A. Sabaghian (0.7); follow-up call with A. Sabaghian (0.3)). | 1 |
| 12/27/2023 | AJ | Attention to anti-SLAPP reply brief (legal research, analysis, and outlining/drafting re: state-law claims). | 5.1 |
| 12/27/2023 | MC | Call with associate team re reply; review X Corp. opposition briefs. | 1.5 |
| 12/28/2023 | ASA | Research and drafting for reply MTD brief; correspondence with A. Jain regarding the same. | 6 |
| 12/28/2023 | AJ | Attention to anti-SLAPP motion (researching and drafting anti-SLAPP portions of reply brief). | 7.3 |
| 12/29/2023 | AJ | Attention to reply on anti-SLAPP motion (drafting and revising anti-SLAPP portions of reply brief). | 0.9 |
| 12/29/2023 | ASA | Research and drafting for reply MTD brief; correspondence with Amit Jain regarding the same. | 5.1 |
| 12/30/2023 | ASA | Research and drafting for reply MTD brief. | 5.3 |
| 12/31/2023 | ASA | Research and drafting for reply MTD brief. | 2.7 |
| 12/31/2023 | AJ | Attention to reply on anti-SLAPP motion and motion to dismiss (drafting and revising reply brief). | 5.5 |
| 1/2/2024 | ASA | Research and edits on draft reply MTD brief. | 1.1 |
| 1/3/2024 | MC | Work on reply. | 0.8 |
| 1/3/2024 | ASA | Research and drafting for reply MTD brief; correspondence with A. Jain regarding the same; review of draft brief. | 1.8 |
| 1/3/2024 | AJ | Attention to reply on motion to dismiss (research, analysis, and drafting re: motion to dismiss portion of reply brief). | 0.6 |
| 1/4/2024 | MC | Work on reply brief. | 5 |
| 1/5/2024 | JQ | Extensive work on draft reply brief including close line-edit of all sections and brief emails and calls with team. | 7.2 |
| 1/5/2024 | AJ | Attention to reply brief on anti-SLAPP motion and motion to dismiss (reviewing and revising reply). | 2.5 |
| 1/5/2024 | MC | Work on reply brief. | 1.7 |
| 1/5/2024 | ASA | Reviewing latest draft of reply MTD brief; attention to correspondence with J. Quinn, M. Craig, and A. Jain re the same. | 0.3 |
| 1/6/2024 | MC | Work on reply; attention to J. Quinn comments; email with R. Kaplan re brief. | 2.4 |
| 1/6/2024 | ASA | Attention to emails regarding edits to draft reply MTD brief. | 0.2 |
| 1/6/2024 | JQ | Review latest turn of brief, email team w comments. | 0.5 |
| 1/6/2024 | AJ | Attention to reply brief on motion to dismiss and anti-SLAPP motion (revising draft). | 0.7 |
| 1/7/2024 | ASA | Incorporating edits to draft reply MTD brief; correspondence regarding the same. | 0.8 |
| 1/7/2024 | AJ | Attention to reply brief on motion to dismiss and anti-SLAPP motion (revising draft). | 0.8 |
| 1/7/2024 | MC | Work on revisions to reply brief. | 1.6 |
| 1/7/2024 | RK | Review reply brief. | 0.5 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 1/8/2024 | RK | Emails re reply brief. | 0.3 |
| 1/8/2024 | MC | Emails re meeting with CCDH re reply brief. | 0.3 |
| 1/8/2024 | AJ | Attention to reply brief on motion to dismiss and anti-SLAPP motion (legal research; correspondence with co-counsel and co-defendant's counsel). | 0.5 |
| 1/8/2024 | JQ | Various emails re reply brief filing and coordination. | 0.8 |
| 1/9/2024 | JQ | Various edits and brief comments. | 0.5 |
| 1/9/2024 | AJ | Attention to client advising (call with CCDH staff, J. Quinn, and M. Craig). | 0.5 |
| 1/9/2024 | AJ | Attention to reply brief on anti-SLAPP motion and motion to dismiss (drafting and revising reply). | 0.5 |
| 1/9/2024 | MC | Call with CCDH re reply brief. | 0.5 |
| 1/9/2024 | ASA | Attention to emails regarding reply brief filing. | 0.3 |
| 1/10/2024 | AJ | Attention to reply brief in support of anti-SLAPP motion and motion to dismiss (proofreading, finalizing, and filing brief). | 2.5 |
| 1/10/2024 | RK | Emails with client and team re reply brief. | 0.3 |
| 1/10/2024 | ASA | Proofing final MTD reply brief; correspondence regarding the same. | 1 |
| 1/11/2024 | ASA | Correspondence with A. Jain re: update in related litigation. | 0.1 |
| 1/11/2024 | AJ | Attention to motion to dismiss hearing in related litigation (reviewing coverage). | 0.5 |
| 1/18/2024 | AJ | Attention to legal research (reviewing relevant new briefing in other X Corp. scraping case). | 0.2 |
| 1/22/2024 | ASA | Attention to email and correspondence regarding developments in relevant litigation. | 0.2 |
| 1/23/2024 | AJ | Attention to drafting/revising client update on developments in litigation. | 0.1 |
| 1/23/2024 | MC | Work on email to client re case law development. | 0.2 |
| 1/23/2024 | ASA | Reviewing recent case law development; reviewing prior cases; internal correspondence regarding the same; drafting update to client regarding the same. | 2.9 |
| 1/27/2024 | AJ | Attention to favorable decision in relevant scraping case (analyzing decision and considering implications for our case). | 0.6 |
| 1/29/2024 | ASA | Attention to email re: new summary judgment decision in relevant case. | 0.1 |
| 1/30/2024 | MC | Attention to relevant summary judgment decision. | 0.4 |
| 2/1/2024 | JQ | Attention to court notice and argument prep. | 0.3 |
| 2/1/2024 | AJ | Attention to oral argument preparation (planning and timeline). | 0.4 |
| 2/1/2024 | ASA | Attention to emails re MTD oral argument prep. | 0.2 |
| 2/1/2024 | MC | Attention to scheduling order; call with I. Ahmed; confer re oral argument prep plan. | 0.9 |
| 2/1/2024 | RK | Attention to argument date, etc. | 0.2 |
| 2/2/2024 | MC | Emails re oral argument prep. | 0.4 |
| 2/2/2024 | ASA | Attention to emails re oral argument prep. | 0.2 |
| 2/2/2024 | AJ | Attention to oral argument prep. | 0.1 |
| 2/5/2024 | AJ | Attention to oral argument preparation (developing prep materials and schedule). | 0.6 |
| 2/6/2024 | AJ | Reviewing court's decision in other X scraping case. | 0.1 |
| 2/6/2024 | AJ | Attention to oral argument preparation (moot scheduling and preparing materials). | 0.2 |
| 2/6/2024 | ASA | Extensive work on oral argument prep outline; correspondence re the same. | 5.2 |
| 2/7/2024 | MC | Attention to oral argument prep. | 0.4 |
| 2/7/2024 | ASA | Extensive additional work on oral argument prep outline; correspondence re the same. | 5.8 |
| 2/7/2024 | AJ | Attention to oral argument prep (assembling prep materials). | 0.1 |
| 2/8/2024 | AJ | Attention to oral argument preparation (drafting and revising oral argument outline). | 3.3 |
| 2/8/2024 | MC | Review prep material list; work on oral argument prep outline; calls with J. Quinn re oral argument. | 4.4 |
| 2/8/2024 | ASA | Reviewing edits to MTD oral argument outline; making edits to the same; attention to emails re the same. | 0.5 |
| 2/9/2024 | ASA | Prep call for MTD oral argument. | 0.5 |
| 2/9/2024 | ASA | Attention to emails and correspondence re oral argument prep materials. | 0.4 |
| 2/9/2024 | AJ | Attention to argument prep (meeting with J. Quinn, M. Craig, and A. Sabaghian). | 0.5 |
| 2/9/2024 | AJ | Attention to oral argument prep (revising argument outline (0.9); legal research and pulling prep materials (0.2)). | 1.1 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 2/9/2024 | JQ | Prep meeting with team. | 0.5 |
| 2/9/2024 | MC | Call with J. Quinn and team re oral argument prep; work on oral argument prep. | 3 |
| 2/10/2024 | AJ | Attention to oral argument prep (assembling prep materials). | 0.1 |
| 2/12/2024 | AJ | Attention to client advising re: new scraping decision. | 0.4 |
| 2/12/2024 | JQ | Oral argument prep. | 1.2 |
| 2/13/2024 | ASA | CCDH oral argument prep meetings; additional work on oral argument prep and creating chart of key cases. | 5.7 |
| 2/13/2024 | MC | Oral argument prep meeting with J. Quinn and team; attention to argument prep materials; email re moot. | 2.6 |
| 2/13/2024 | RK | Oral argument prep. | 0.9 |
| 2/13/2024 | JQ | Argument prep and meeting with team re argument prep issues. | 2.5 |
| 2/13/2024 | AJ | Attention to oral argument prep (call with R. Kaplan, J. Quinn, M. Craig, and A. Sabaghian (0.9); call with M. Craig and A. Sabaghian (0.3)). | 1.2 |
| 2/13/2024 | AJ | Attention to oral argument prep (drafting and researching additional oral argument points and materials). | 3.3 |
| 2/14/2024 | MC | Review and revise oral argument prep materials; attention to legal issues for argument; call with A. Jain re same. | 4.1 |
| 2/14/2024 | ASA | Additional work on chart of key cases; correspondence re the same. | 0.9 |
| 2/14/2024 | AJ | Attention to oral argument prep (developing additional prep materials, incl. legal research (3.2); call with M. Craig (0.5)). | 3.7 |
| 2/14/2024 | JQ | Further argument prep. | 1 |
| 2/15/2024 | AJ | Attention to oral argument prep (legal research and preparing prep materials). | 0.6 |
| 2/15/2024 | ASA | Attention to correspondence re oral argument prep. | 0.2 |
| 2/15/2024 | MC | Attention to oral argument prep. | 0.2 |
| 2/16/2024 | MC | Oral argument prep; call with J. Quinn and associates re same. | 1 |
| 2/16/2024 | AJ | Attention to oral argument prep (call with J. Quinn, M. Craig, and A. Sabaghian (1.0); follow-ups (0.2)). | 1.2 |
| 2/16/2024 | JQ | Argument prep meeting w team. | 1 |
| 2/16/2024 | JQ | Continued prep, reading cases. | 1.2 |
| 2/16/2024 | ASA | Team meeting in preparation for oral argument. | 1 |
| 2/18/2024 | JQ | Argument prep. | 2 |
| 2/19/2024 | JQ | Argument prep. | 1.5 |
| 2/20/2024 | JQ | Argument prep. | 3.1 |
| 2/20/2024 | AJ | Attention to argument prep (substantive legal correspondence). | 0.3 |
| 2/20/2024 | ASA | Attention to correspondence re oral argument prep. | 0.7 |
| 2/20/2024 | MC | Oral argument prep. | 0.5 |
| 2/20/2024 | RK | Emails with team re agreement. | 0.7 |
| 2/21/2024 | ASA | Oral argument moot; research on special damages. | 2.6 |
| 2/21/2024 | ASA | Oral argument prep work (additional research and moot). | 3 |
| 2/21/2024 | JQ | Extensive prep, moot. | 5.5 |
| 2/21/2024 | AJ | Attention to argument prep (mooting J. Quinn (1.5); call with co-defendants' counsel, J. Quinn, and M. Craig (0.5); argument prep discussion with J. Quinn, M. Craig, and A. Sabaghian (0.4); discussion re: follow-up research with A. Sabaghian (0.1); follow-ups and research (2.9)). | 5.4 |
| 2/21/2024 | MC | Moot and follow-up discussion; review oral argument prep materials and emails with associate team re same. | 5.7 |
| 2/22/2024 | ASA | Oral argument moot. | 2.1 |
| 2/22/2024 | MC | Oral argument prep. | 2.4 |
| 2/22/2024 | JQ | Second moot, further prep. | 1.7 |
| 2/22/2024 | AJ | Attention to argument prep (research and developing argument materials (1.2); moot with J. Quinn, M. Craig, and A. Sabaghian (1.5); follow-ups (0.1)). | 2.8 |
| 2/22/2024 | AJ | Attention to oral argument prep (analyzing relevant new legal development). | 0.5 |
| 2/26/2024 | MC | Emails re oral argument prep. | 0.1 |
| 2/26/2024 | JQ | Review motion papers and key filings, continued prep. | 1.2 |
| 2/27/2024 | ASA | Correspondence re oral argument topics. | 0.5 |
| 2/27/2024 | MC | Attention to oral argument prep. | 0.5 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 2/27/2024 | JQ | Additional prep work, emails w team. | 1.1 |
| 2/28/2024 | ASA | Oral argument moot. | 2.2 |
| 2/28/2024 | MC | Emails re oral argument prep. | 0.3 |
| 2/28/2024 | AJ | Attention to argument prep (correspondence and review of materials (0.2); legal research (0.4); mooting J. Quinn with M. Craig and A. Sabaghian (2.2)). | 2.8 |
| 2/28/2024 | JQ | Third moot, final prep, logistics planning. | 3.5 |
| 2/29/2024 | AJ | Attention to oral argument (final prep for argument (0.5); pre-argument and argument (2.1)). | 2.6 |
| 2/29/2024 | JQ | Final prep, argument. | 4.3 |
| 2/29/2024 | MC | Attend oral argument. | 2.1 |
| 2/29/2024 | ASA | Oral argument and prep. | 3.2 |
| 2/29/2024 | RK | Attended oral argument. | 2.1 |
| 3/25/2024 | AJ | Attention to motion for attorney's fees (legal research). | 1.6 |
| 3/25/2024 | ASA | Internal correspondence re fee application. | 0.1 |
| 3/26/2024 | AJ | Attention to attorney's fees research and motion. | 0.1 |
| 3/26/2024 | ASA | Research on issues relating to fee application; correspondence with Amit Jain re the same. | 5.3 |
| 3/27/2024 | JQ | Review invoices and hours and email w team re submission seeking fees and costs. | 0.7 |
| 3/27/2024 | ASA | Research on various issues relating to fees motion. | 3 |
| 3/27/2024 | ASA | Call with Amit Jain re fees motion. | 0.4 |
| 3/27/2024 | AJ | Attention to motion for attorney's fees (reviewing and analyzing bills (0.9); check-in with A. Sabaghian (0.4); correspondence with J. Quinn about next steps for research and drafting (0.4)). | 1.7 |
| 3/28/2024 | AJ | Attention to attorney's fee motion (reviewing billing records; legal research). | 0.3 |
| 3/28/2024 | ASA | Further research on topics relating to fees application; correspondence with Amit Jain re the same. | 4 |
| 3/29/2024 | AJ | Attention to motion for attorney's fees (reviewing billing records). | 1.5 |
| 4/1/2024 | AJ | Attention to attorney's fees motion (legal research and drafting motion and declaration). | 3.7 |
| 4/1/2024 | AJ | Attention to attorney's fees motion (reviewing bills). | 1.3 |
| 4/2/2024 | AJ | Attention to attorney's fees motion (legal research; drafting motion and declarations; reviewing billing records and starting to generate exhibits). | 10.6 |
| 4/3/2024 | ASA | Research for fees motion; reviewing and implementing edits to draft motion. | 2.3 |
| 4/3/2024 | AJ | Attention to motion for attorney's fees and costs (correspondence, receiving feedback from J. Quinn, and revisions). | 2.5 |
| 4/3/2024 | JQ | Review and edit fee motion, emails w team re rates and fed claim discount. | 1.4 |
| 4/4/2024 | AJ | Attention to motion for attorney's fees (reviewing bills and generating exhibits). | 2.4 |
| 4/4/2024 | AJ | Attention to motion for attorney's fees and declarations (revising drafts; legal research). | 1.6 |
| 4/4/2024 | AJ | Attention to motion for attorney's fees (scheduling meet and confer with opposing counsel). | 0.2 |
| 4/4/2024 | AJ | Attention to motion for attorney's fees (client correspondence). | 0.2 |
| 4/4/2024 | JQ | Emails re meet-and-confer including outreach to opposing counsel and internal prep, additional review of time entries. | 1.3 |
| 4/5/2024 | ASA | Attention to emails re fees motion. | 0.1 |
| 4/5/2024 | AJ | Attention to motion for attorney's fees and declarations (substantive revisions to declarations and implementing substantive edits/feedback). | 1.6 |
| 4/5/2024 | AJ | Attention to attorney's fees motion (meet and confer with opposing counsel and J. Quinn; debrief and discussion of finalizing motion and attachments with J. Quinn). | 0.3 |
| 4/5/2024 | JQ | Review and edit declaration and exhibits (1.8), emails w team re timesheets (0.4), prep for and lead meet-and-confer with opposing counsel (0.3). | 2.5 |
| 4/6/2024 | ASA | Attention to edits and finalization of fees motion; call with A. Jain re the same. | 0.6 |
| 4/6/2024 | AJ | Attention to attorney's fees motion and declaration (reviewing N. Jahss comments; revising motion and declarations; legal research; work on spreadsheet exhibit). | 1.5 |
| 4/6/2024 | AJ | Attention to attorney's fees motion (call with A. Sabaghian re exhibits, timesheets, and finalizing/filing process). | 0.4 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 4/7/2024 | ASA | Attention to edits and finalization of fees motion. | 0.6 |
| 4/8/2024 | ASA | Attention to emails regarding edits to fees motion. | 0.2 |
| 4/8/2024 | ASA | Additional work on fees motion (implimenting additional edits, reviewing and incorporating fee motion timesheets, attention to exhibits, reviewing and finalizing filings). | 6.1 |
| 4/8/2024 | JQ | Internal discussions re fee calculations, and attention to filings and exhibits re same, review and finalize all filings. | 0.9 |

**Cohen Williams LLP**

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 9/27/2023 | MSW | Review stipulation re schedule and email from N. Jahss re same; email to N. Jahss re same. | 0.5 |
| 10/2/2023 | MSW | Draft NOAs; review emails re stipulated schedule; conferences with J. Quinn re same; legal research re deadline to file anti-SLAPP motion; legal research re ex parte applications; review revisions to stipulation; email to co-counsel re same | 1.5 |
| 10/16/2023 | NJ | Prepare for case management call with Matt Craig -- review amended complaint as well as Judge Breyer's standing orders. | 0.7 |
| 10/25/2023 | NJ | Research issues pertaining to Rule 11 motions, information notification of Rule 11 violation, and trigger for safe harbor period; draft email to J. Quinn re same in connection with letter to X Corp. seeking withdrawal of Brandwatch allegations in Amended Complaint; email to M. Williams re same. | 1.8 |
| 11/3/2023 | NJ | Review email from A. Jain re stipulation to extend motion page limit; review and make suggested revisions to draft stipulation; review local rules pertaining to questions posed by A. Jain email; text with M. Williams re same; draft email to A. Jain discussing revisions to stipulation and answering his questions posed in his email. | 1 |
| 11/8/2023 | NJ | Review multiple emails from A. Jain concerning complications over negotiations with X Corp. counsel for stipulation to exceed page limit for dispositive motions; review practice guide, local rules and standing orders pertaining to page limits, and requests for judicial notice and/or incorporation by reference; review and analyze X Corp. counsel's revisions to stipulation; draft multiple emails to A. Jain responding to inquiries about X Corp. counsel's revisions to stipulation; brief call with M. Wiliams re same. | 1.7 |
| 11/10/2023 | NJ | Review, analyze and provide suggested edits and comments to draft consolidated motion to dismiss and anti-SLAPP motion; email to A. Jain re same. | 3.4 |
| 11/13/2023 | NJ | Review emails from J. Quinn and A. Jain re issues pertaining to stipulation to exceed page limits, requests for judicial notice, and other open issues relating to dispositive motions; review local rules, standing order, practice guide, cases, and filing precedents in order to formulate advice to inquiries; call with A. Jain to address issues raised in emails; call with J. Werther to coordinate delivery of courtesy copy of filing to chambers. | 1.5 |
| 12/25/2023 | NJ | Review original motion papers and then review/analyze X Corp.'s opposition to anti-SLAPP motion and motion to dismiss. | 1.9 |
| 1/8/2024 | NJ | Review draft reply in support of anti-SLAPP motion/MTD. Draft email to A. Jain re same. Coordinate with J. Werther delivery of courtesy copy of reply to chambers on Thursday. | 1.8 |
| 4/5/2024 | NJ | Review, comment on and revise draft attorney's fee motion and supporting declarations; emails with M. Williams concerning CW billing rates; review Local Rules pertaining to questions on fee motion; emails to A. Jain re same. | 3 |
| 4/5/2024 | MSW | Review and revise declaration in support of fees motion; conferences and emails with N. Jahss re same. | 0.3 |

**Total Fees**

| Lawyer | 2023 Hours | 25% Reduction | 2023 Hourly Rate | 2024 Hours | 25% Reduction | 2024 Hourly Rate | Award |
|---|---|---|---|---|---|---|---|
| Roberta Kaplan | 9.5 | 7.1 | $950 | 5.0 | 3.8 | $750 | $9,595 |
| John Quinn | 19.8 | 14.9 | $900 | 40.6 | 30.5 | $725 | $35,523 |
| Matt Craig | 55.0 | 41.3 | $875 | 41.5 | 31.1 | $700 | $57,908 |
| Amit Jain | 159.2 | 119.4 | $700 | 41.3 | 31.0 | $575 | $101,405 |
| Avisha Sabaghian | 152.2 | 114.2 | $550 | 43.7 | 32.8 | $350 | $74,290 |
| Marc Williams | 2.0 | 1.5 | $600 | 0.0 | 0.0 | $600 | $900 |
| Neil Jahss | 12.0 | 9.0 | $550 | 1.8 | 1.4 | $550 | $5,720 |
| **Pre-Order Totals** | 409.7 | 307.4 | N/A | 173.9 | 130.6 | N/A | $285,340 |

| Lawyer | Hours | No Reduction | | | | Hourly Rate | Award |
|---|---|---|---|---|---|---|---|
| Roberta Kaplan | 0.0 | 0.0 | | | | $750 | $0 |
| John Quinn | 6.8 | 6.8 | | | | $725 | $4,930 |
| Matt Craig | 0.0 | 0.0 | | | | $700 | $0 |
| Amit Jain | 31.5 | 31.5 | | | | $575 | $18,113 |
| Avisha Sabaghian | 22.7 | 22.7 | | | | $350 | $7,945 |
| Marc Williams | 0.3 | 0.3 | | | | $600 | $180 |
| Neil Jahss | 3.0 | 3.0 | | | | $550 | $1,650 |
| **Fee Motion Totals** | 64.3 | 64.3 | | | | N/A | $32,818 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Hours** | | | | | | | 502.3 |
| **Total Fees Requested** | | | | | | | $318,158 |