# EXHIBIT F

# KAPLAN HECKER & FINK LLP

## Roberta A. Kaplan
Partner | New York

T: (212) 763-0883
E: rkaplan@kaplanhecker.com



A renowned litigator with decades of experience in commercial, higher education, and civil rights litigation, Roberta ("Robbie") Kaplan, left Paul, Weiss, Rifkind, Wharton & Garrison after 25 years to start Kaplan Hecker & Fink, seeking to build what she calls a "new fashioned, old fashioned" law firm that combines a cutting-edge civil and criminal litigation practice with a groundbreaking commitment to using the courts to serve the public interest. *Chambers* has described Robbie as "a modern-day legal giant. A towering intellect and a genius in court, with the instincts of a street fighter." Robbie also has the distinction of being probably the only lawyer to have taken the deposition of former president Donald J. Trump twice in two weeks.

Robbie recently led the legal team representing writer E. Jean Carroll in her sexual battery and defamation suits against Donald Trump, securing $5 million and $83.3 million jury verdicts, respectively, on her behalf in cases where the juries reached their verdicts in under three hours.

Sharon Nelles, head of litigation at Sullivan & Cromwell, is quoted in a profile explaining that Robbie "just sees things from a thousand different angles all at once, it's hard to keep up with her thought processes. She knows her law cold, she knows the Constitution cold and

### EDUCATION

B.A., Harvard University, *magna cum laude;* Phi Beta Kappa, 1988

J.D., Columbia University, 1991

### CLERKSHIPS

Hon. Mark L. Wolf, U.S. District Court for the District of Massachusetts

Hon. Judith S. Kaye, New York Court of Appeals

### FELLOWSHIPS, LEADERSHIP & RECOGNITION

America's Top 200 Lawyers, *Forbes*, 2024

she's not afraid, if she sees a problem, to go figure out some law that's going to allow her to fix it. She'll find it." Stephen Gillers, professor at New York University School of Law, told *Bloomberg Law* that Robbie is "a lawyer that you don't want to see opposing you." Robbie's client Mary Trump added that Robbie is "brilliant, she's unrelenting, she can't be intimidated and she's not going to back down. She eats bullies for lunch."

*The Washington Post* has described Robbie as "a brash and original strategist, with neither a gift for patience nor silence, a crusader for underdogs who has won almost every legal accolade imaginable." Among the numerous honors and recognitions Robbie has received, she was named to *Forbes*' list of "America's Top 200 Lawyers," recognized as the 2020 "Attorney of the Year" by the *New York Law Journal*, received a Lifetime Achievement Award from the *New York Law Journal*, and has been honored as "Litigator of the Year" by *The American Lawyer*, "Lawyer of the Year" by *Above the Law*, and "Most Innovative Lawyer of the Year" by *The Financial Times*. *The Financial Times* noted that "the judges had little trouble picking just one of them to win the award for most innovative individual – itself an innovation for the report this year. Robbie Kaplan has been involved in some of the most important legal developments of recent years." Robbie has consistently been listed as one of the top litigators and top women litigators in the country, as well as one of the top lawyers in New York.

## Commercial Litigation

Robbie represents clients in the tech, fintech and financial services industries as both plaintiffs and defendants in their most complex legal challenges, delivering a consistent track record of compelling advocacy, creative arguments, and winning results.

With respect to tech and the sharing economy, Robbie succeeded in obtaining a preliminary injunction for Airbnb on Fourth Amendment grounds, blocking a New York City ordinance that would have required Airbnb to turn over massive amounts of data, a prospect that posed significant privacy concerns. *See Airbnb, Inc. v. City of New York*, 373 F. Supp. 3d 467 (S.D.N.Y. 2019) (Engelmayer, J.). She has also represented Uber in several cases involving significant business and privacy concerns posed by overly intrusive government regulation.

---

Litigation: General Commercial | New York, *Chambers USA*, 2020 - 2023

National Practice Area Star, *Benchmark Litigation*, 2024

Top 250 Women in Litigation, *Benchmark Litigation*, 2024

Leadership Awardee, Victim Rights Law Center, 2023

Hebrew University Torch of Learning Award, 2023

500 Leading Corporate Employment Lawyers, *Lawdragon*, 2023 and 2024

Top 10 Women in Litigation, *Benchmark Litigation, 2018 - 2023*

500 Leading Civil Rights & Plaintiff Employment Lawyers, *Lawdragon*, 2021 - 2023

Trailblazer: Plaintiff's Attorney, *The National Law Journal*, 2022

Charles B. Stover Award, University Settlement, 2021

Attorney of the Year, *New York Law Journal*, 2020

Gotham Great Award, Citizens Union, 2020

Robbie has handled a wide variety of cases representing clients on Wall Street and in the financial services sector, including matters involving "Special Purpose Acquisition Companies," or SPACs, stock analysts' recommendations, market timing in mutual funds, reinsurance transactions, structured finance transactions and multi-level marketing companies. In the wake of the financial crisis in 2007, Robbie represented Fitch Ratings in many dozens of regulatory investigations and civil litigations in both state and federal court relating to Fitch's credit ratings of RMBS, CDO, and municipal bond transactions. She recently represented Pershing Square in a case challenging the legitimacy of SPACs. As a result of these and other matters, Robbie has decades of experience dealing with the complex interplay between regulatory investigations and the civil lawsuits that inevitably follow. Robbie is currently defending Natixis in an RMBS "repurchase" action in which the complaint seeks more than $500 million in damages.

Robbie has also been honored to represent peer law firms in connection with commercial and other disputes.

## Higher Education

Robbie has earned a reputation for helping top universities navigate their most pressing legal challenges. She has had the privilege of representing Columbia University for over a decade in a number of cases related to Title IX and alleged gender-based misconduct, winning multiple motions to dismiss. *Nungesser v. Columbia Univ.*, 169 F. Supp. 3d 353 (S.D.N.Y. 2016); *Roskin-Frazee v. Columbia Univ.*, 474 F. Supp. 3d 618 (S.D.N.Y. 2019). Robbie recently secured the dismissal of breach of contract claims in an ongoing litigation against Columbia seeking hundreds of millions of dollars in tuition refunds related to the COVID-19 pandemic. *In re Columbia Tuition Refund Action*, 20 Civ. 3208, 2021 WL 790638 (S.D.N.Y. Feb. 26, 2021) (Furman, J.). She also recently led the team that secured a dismissal with prejudice of all claims brought by student John Doe against New York University. In January 2021, Robbie defeated a motion for a preliminary injunction seeking to require Brown University to restore its men's and women's squash teams to varsity status. *Sterman v. Brown Univ.*, 513 F. Supp. 3d 243 (D.R.I. 2021). Robbie similarly secured a favorable settlement for Brown in high-profile litigation related to gender proportionality requirements in its athletics programs. *Cohen v. Brown Univ.*, 16 F.4th 935 (1st Cir. 2021). Robbie was chosen by the NCAA to conduct a

---

Legends of 2020, *Lawdragon*

500 Leading Lawyers in America, *Lawdragon*, 2017-2024

500 Leading Litigators in America, *Lawdragon*, 2023 and 2024

Lifetime Achievement Award, *Corporate Counsel's* Women, Influence & Power in Law Awards, 2019

Top 100 Trial Lawyers, *Benchmark Litigation*

Best Lawyers in America, Commercial Litigation, *Best Lawyers*, 2019 - 2024

Law Power 50 and 2020 Law Power 100, *City & State New York,* 2019

Most Notable Women in Law, *Crain's New York*, 2020 and 2021

Pride Power 100, *City & State New York*, 2020

Most Powerful Women in New York, *Crain's New York*, 2019

Top Hollywood Attorney, *The Hollywood Reporter*, 2019

Gold Medal Award. New York State Bar Association, 2018

groundbreaking independent investigation into gender equity issues involving NCAA Division I Championships, including the controversy that arose at the Division I women's basketball championships in 2021.

## Gender Equity

Robbie has represented a number of women, both as plaintiffs and defendants, who have suffered domestic abuse, sexual harassment, discrimination, and assault. On behalf of E. Jean Carroll, Robbie brought the very first case filed under New York's Adult Survivors Act based on a sexual assault by Donald J. Trump that occurred at a department store in the mid-1990s. *See Carroll v. Trump*, 498 F. Supp. 3d 422 (S.D.N.Y. 2020) (Kaplan, J.). She also represented "victim #1" in the Southern District of New York's indictment of Jeffrey Epstein.

## Public Interest

Throughout her career, Robbie has always had a deep-seated commitment to using the law to advance the public interest – she founded KHF in order to put that mission where it deserves to be – at the center of the firm's practice. She is perhaps best known for successfully challenging a key provision of the Defense of Marriage Act (DOMA) on behalf of her client Edith Windsor in the landmark case *United States v. Windsor*. Professor Laurence Tribe of Harvard Law School has observed that he could not "think of any Supreme Court decision in history that has ever created so rapid and broad a lower-court groundswell in a single direction as *Windsor*."

Following her victory in *Windsor*, Robbie successfully litigated several LGBTQ rights cases in Mississippi, including successfully challenging the City of Starkville's denial of a permit for its first ever LGBTQ pride parade. She recently led the legal team that reached a historic settlement agreement with the Florida State Board of Education, Florida Department of Education, and school districts that effectively nullified the most dangerous and discriminatory impacts of Florida's "Don't Say Gay" law. She also led the legal team that secured a dismissal for client Center for Countering Digital Hate (CCDH) in *X Corp v. Center for Countering Digital Hate Inc et al.*, a lawsuit that alleged CCDH violated X's terms of service by illegally acquiring data used in researching the prevalence of hate speech on the platform.

---

Lifetime Achievement Award, *New York Law Journal*, 2015

Inspiration Award, WNBA, 2018

Eleanor Roosevelt Medal of Honor, 2018

Honoree, Alliance for Justice, 2018

Human Relations Award, Anti Defamation League, 2018

Litigator of the Year, American Lawyer, 2013

The 100 Most Influential Lawyers in the U.S., *The National Law Journal*, 2013

Lawyer of the Year, *Above The Law*, 2013

Most Innovative Lawyer of The Year, *The Financial Times*, 2014

Medal of Excellence, Columbia Law School, 2015

National Equality Award, Human Rights Campaign

Social Action Award, National Council of Jewish Women, 2016

Honorary Doctor of Laws, Jewish Theological Seminary

One of the very first lawsuits KHF filed was a high-stakes lawsuit against twenty-four neo-Nazi and white supremacist entities and leaders responsible for organizing the racial- and religious-based violence in Charlottesville in August 2017. In November 2021, after a four-week jury trial, Robbie and her team won a landmark $26 million verdict against the white supremacists and neo-Nazis who conspired to commit racially-motivated violence. Robbie is prominently featured in "No Accident," a powerful documentary chronicling the Charlottesville case from beginning to end. The documentary premiered on HBOMax in 2023.

Robbie also represents President Biden's daughter Ashley Biden in the SDNY criminal investigation that led to the guilty pleas of two individuals in connection with the theft of Ashley's personal diary.

★★★

Robbie is the author of the book <u>Then Comes Marriage: United States v. Windsor and the Defeat of DOMA</u> (W.W. Norton), chosen by the L.A. Times as one of the top 10 books of 2015. President Bill Clinton noted that "*Then Comes Marriage* is a riveting account of a watershed moment in our history, and the strategy, ingenuity, and humanity that made it happen." Rachel Maddow similarly noted that Robbie's book "will forever change the understanding of this landmark case—its genesis, its outside-the-box strategy, and its tactical brilliance."

In addition to an A.B. from Harvard College *magna cum laude* and a J.D. from Columbia Law School (where she teaches a seminar on advanced civil procedure), Robbie holds an Honorary Doctorate of Humane Letters from Johns Hopkins University and an Honorary Doctorate of Laws from the Jewish Theological Seminary, among others.

### Select Publications

- Co-author, "Employers Should Prep for EEOC's New Workplace Harassment Rules," *Bloomberg Law* (2023)

- Co-author, "A Decade After 'US v. Windsor,' We Cannot Relent," *The National Law Journal* (2023)

---

Honorary Doctorate in Humane Letters, Johns Hopkins University

Honorary Doctor of Laws, Millsaps College

**BAR AND COURT ADMISSIONS**

U.S. Supreme Court

U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Ninth, Tenth, and Eleventh Circuits

U.S. District Court for the Southern District of New York, Eastern District of New York, and Northern District of New York

New York

Massachusetts

## Areas of Specialty

Appellate Litigation

Commercial Litigation

Education

Employment, Discrimination and Sexual Misconduct

Investigations and Crisis Management

Public Interest Litigation

Regulatory Enforcement and Litigation

Trials

- Co-author, "Congress Must Pass the Respect for Marriage Act," *The Advocate* (2022)

- Co-author, "The Boston Patriot Front march is a wake-up call to America," *The Boston Globe* (2022)

- Co-author, "N.Y. Adult Survivors Act Renews Claims for Sexual Assault Survivors," *Bloomberg Law* (2022)

- Co-author, "Judiciary Employees Need Parental Leave, Too," *Bloomberg Law* (2022)

- Co-author, "Litigation Will Explode With the Ban of #MeToo Forced Arbitration," *Bloomberg Law* (2022)

- Co-author, "Trump wants the Jan. 6 suits against him dismissed. Why he's on shaky ground," NBC News *THINK* (2022)

- Co-author, "White supremacists are using an old playbook but so are the lawyers fighting them," *The Washington Post* (2021)

- Co-author, "#TimesUp During Covid-19—Private Sector's Role in Mitigating Gender Equality Crisis," *Bloomberg Law* (2020)

- Co-author, "Third Anniversary of Charlottesville Attack Sees Case and Tactics Continue," *Bloomberg Law* (2020)

- Co-author, "NY Housing Ruling Raises Bar For Retroactive Economic Regs," *Law360* (2020)

- Co-author, "I Won Marriage Equality For Gay Americans. I Am Horrified At The Dyke March Ban On Jewish Symbols," *The Forward* (2019)

- Co-author, "Never Forget. What happened in Charlottesville was no accident," *The Jerusalem Post* (2018)

- Co-author, "#TimesUp for companies to strengthen equity and anti-harassment policies," *Crain's New York Business* (2018)

- "Think the Pence rule is a good idea? Think again," CNN (2017)

- "Elegy for Edie," *SLATE* (2017)

# KAPLAN HECKER & FINK LLP

## John C. Quinn
Partner | New York

T: (212) 763-0883
E: jquinn@kaplanhecker.com



John Quinn is a partner at Kaplan Hecker & Fink LLP.

He represents companies, institutions, and individuals in high-profile civil litigation and leads the firm's efforts in a number of progressive public interest matters.

John was one of the founders of KHF in 2017. Since the firm's launch, John has navigated a prominent hotel developer through complex multi-jurisdictional litigation and arbitration proceedings; represented Airbnb and Uber in Fourth Amendment challenges to municipal data-sharing requirements; and defended Gigi Hadid, Jennifer Lopez, and Ariana Grande in copyright lawsuits brought by paparazzi. He advises a wide range of institutions from hedge funds to a prominent art estate on various litigation matters. John was named a Rising Star by the *New York Law Journal*, and to *Crain's New York's* 40 Under 40, *Benchmark Litigation's* 40 & Under, and *Lawdragon's* Leading Lawyers in America, Leading Civil Rights & Plaintiff Employment Lawyers, and Leading Litigators in America lists.

John has led the firm's efforts in a massive fraud case against former President Trump and his businesses, which has included defeating motions to compel arbitration both in the District Court and in the

**EDUCATION**

B.A., Yale University, 2007

J.D., Harvard University, *magna cum laude;* Addison Brown Prize; Joseph H. Beale Prize; Symposium Co-Chair and Submissions Editor, *International Law Journal,* 2010

**CLERKSHIPS**

Hon. John R. Padova, U.S. District Court for the Eastern District of Pennsylvania

**FELLOWSHIPS, LEADERSHIP & RECOGNITIONS**

40 & Under List, *Benchmark Litigation,* 2021 - 2023

Second Circuit Court of Appeals. He also has worked on multiple amicus briefs filed in the United States Supreme Court in cases challenging actions by the Trump administration and represented a student-led LGBTQ+ pride organization in Starkville, Mississippi. In Starkville, John led a successful constitutional challenge to the city's denial of a parade permit—and then flew to Starkville to help lead the parade. John was a member of the legal team that reached a historic settlement agreement with the Florida State Board of Education, Florida Department of Education, and school districts that effectively nullified the most dangerous and discriminatory impacts of Florida's "Don't Say Gay" law. He was also a member of the legal team that secured a dismissal for client Center for Countering Digital Hate (CCDH) in *X Corp v. Center for Countering Digital Hate Inc et al.*, a lawsuit that alleged CCDH violated X's terms of service by illegally acquiring data used in researching the prevalence of hate speech on the platform. John regularly argues in state and federal courts and has extensive experience managing large litigation matters, meeting with government agencies, and advising senior executives of major institutions.

Prior to helping launch KHF, John spent six years in the litigation group at Sullivan & Cromwell LLP, where his practice included representing Microsoft in a multi-billion-dollar jury trial; taking and defending dozens of depositions of both fact and expert witnesses; representing a hedge fund in connection with well-publicized efforts to raise concerns about a global multi-level marketing company; and representing an international financial institution in a criminal investigation into corruption in international soccer broadcasting.

John is a member of KHF's diversity and inclusion committee and is deeply involved in the firm's recruiting, training, and professional development programs. John is proud to serve as a member of the board of the Ali Forney Center, the largest LGBTQ+ youth homeless shelter and community center in the country. John is also a member of the board of Broome Street Academy, a tuition-free public charter high school that operates in close partnership with The Door, and that gives admissions preference to siblings and students who are homeless, in foster care, or from low-performing schools. John has also been active in the mentoring of LGBTQ+ associates and students at all levels, and has

---

500 Leading Lawyers in America, *Lawdragon*, 2024

500 X – The Next Generation, *Lawdragon*, 2023

40 Under 40, *Crain's New York*, 2022

500 Leading Civil Rights & Plaintiff Employment Lawyers, *Lawdragon*, 2022 and 2023

500 Leading Litigators in America, *Lawdragon*, 2023 and 2024

Rising Star, *New York Law Journal*, 2021

Community Excellence Award, LGBT Bar Association of Greater New York, 2021

Best LGBTQ+ Lawyers Under 40, National LGBT Bar Association and Foundation

New York Metro Area's Outstanding Young Lawyers, Top Attorneys

Board Member, Ali Forney Center

Board Member, Broome Street Academy

Board Member, Federal Bar Foundation

Lifetime Fellow, American Bar Foundation

invested substantial time coaching high school mock trial programs. The National LGBT Bar Association and Foundation has named John one of the Best LGBTQ+ Lawyers Under 40 in the country and the LGBT Bar Association of Greater New York has recognized John with a Community Excellence Award.

John recently served as a Lecturer in Law at Columbia Law School, teaching a class on Startup Law. In 2010-11, John clerked for the Honorable John R. Padova in the United States District Court for the Eastern District of Pennsylvania in his hometown of Philadelphia. He is a *magna cum laude* graduate of Harvard Law School, where he was awarded the Joseph H. Beale Prize for excellence in Conflict of Laws and the Addison Brown Prize, a prize awarded biannually or annually for an outstanding essay relating to private international law or maritime law. During law school, John served as a Teaching Fellow at Harvard College for a course on constitutional law, assisted Iraqi refugees in need of priority resettlement, collaborated in the development of violence mitigation programs for Sudanese refugee youth in Cairo, and represented clients in criminal proceedings in Roxbury and Dorchester through the Harvard Criminal Justice Institute. John also won a national championship as a member of the Harvard Criminal Justice Institute trial team.

John is a member of the Federal Bar Council, a member of the board of the Federal Bar Foundation, and an Honorary Overseas Member of the Commercial Bar Association of London.

Student Attorney, Harvard Law School Criminal Justice Institute

Teaching Fellow, Harvard College

Lecturer in Law, Columbia University

**BAR AND COURT ADMISSIONS**

U.S. Court of Appeals for the Second and Third Circuits

U.S. District Court for the Southern District of New York and Eastern District of New York

New York

## Areas of Specialty

Appellate Litigation

Commercial Litigation

Investigations and Crisis Management

Public Interest Litigation

Regulatory Enforcement and Litigation

Trials

# KAPLAN HECKER & FINK LLP

## Matthew J. Craig
Special Counsel | New York

T: (212) 763-0883
E: mcraig@kaplanhecker.com



Matthew Craig is Special Counsel at Kaplan Hecker & Fink LLP. He is an experienced litigator at both the trial and appellate levels.

Matthew maintains a diverse civil practice. While at the firm, he has litigated cases concerning privacy and technology, and helped obtain a preliminary injunction barring the implementation of a New York City law requiring homesharing platforms to share troves of data about their users. He has argued motions and appeals, including a successful Second Circuit appeal relating to § 1782 foreign discovery subpoenas and the Fifth Amendment privilege against self-incrimination, as well as a successful motion to dismiss before the D.C. Superior Court in a transnational dispute relating to a series of satellite transactions. He has represented Brown University in multiple lawsuits concerning its athletics program. In one of those suits, he conducted the direct examination and cross-examination of witnesses at a two-day hearing at which Brown defeated an effort to have certain sports reinstated to varsity status. Matthew has defended Gigi Hadid, Bella Hadid, Jennifer Lopez, and Ariana Grande in copyright lawsuits.

Prior to being named special counsel, Matthew was the lead associate on a seven-month investigation into gender disparities at NCAA championships. That investigation resulted in two in-depth reports,

### EDUCATION

B.A., University of North Carolina, *Highest Honors;* Morehead-Cain Scholar, University of North Carolina, 2008

Especialización, Universidad de Los Andes, Rotary Ambassadorial Scholar, 2009

J.D., New York University School of Law, *magna cum laude;* Order of the Coif; Root-Tilden-Kern Scholar; Institute of International Law and Justice Scholar, 2013

### CLERKSHIPS

Hon. Gerard E. Lynch, U.S. Court of Appeals for the Second Circuit

which have led to significant changes in Division I men's and women's basketball and other NCAA sports.

Matthew has played a lead role in many of the firm's public interest matters. He represents the Federal Defenders of New York in their ongoing litigation over the right to counsel at the Metropolitan Detention Center in Brooklyn. That litigation resulted in a rare temporary restraining order in early 2019 that restored legal visitation rights at the facility, and a unanimous decision in favor of the Federal Defenders on appeal in which the Second Circuit found that the lawsuit concerned "a course of events that demands the attention of all components of the system that our country relies on for meting out justice." Since the coronavirus pandemic began, the parties have been in ongoing mediation with former Attorney General Loretta E. Lynch to address Sixth Amendment issues at the MDC as well as the Metropolitan Correctional Center in Manhattan.

Matthew was part of the legal team that successfully represented writer E. Jean Carroll in her sexual battery and defamation suits against Donald Trump, securing two substantial jury verdicts of $5 million and $83.3 million, respectively—both after under three hours of deliberations. He was also a member of the legal team that secured a dismissal for client Center for Countering Digital Hate (CCDH) in *X Corp v. Center for Countering Digital Hate Inc et al.*, a lawsuit that alleged CCDH violated X's terms of service by illegally acquiring data used in researching the prevalence of hate speech on the platform. He represents a putative class in an action against the Trump family over their fraudulent promotion of a multi-level marketing company. He recently argued the criminal appeal of an individual sentenced to a prison term of 23.5-27 years, and frequently serves as amicus counsel in cases before the Supreme Court and Courts of Appeals in cases relating to constitutional rights, discrimination, national security, and administrative law. He was also recently a member of the legal team that secured a dismissal with prejudice of all claims brought by student John Doe against New York University.

Previously, Matthew worked at another cutting-edge litigation boutique, Shapiro Arato LLP, where his practice was split between trial and appellate work. One of his cases resulted in the first-ever New York appellate decision vacating a criminal conviction due to a juror's

Hon. Allyne R. Ross, U.S. District Court for the Eastern District of New York

**FELLOWSHIPS, LEADERSHIP & RECOGNITIONS**

500 X – The Next Generation, *Lawdragon*, 2023

**BAR ADMISSIONS**

U.S. Court of Appeals for the Second Circuit and Third Circuit

U.S. District Court for Southern District of New York and Eastern District of New York

New York

improper text messaging. He also represented musical artists and record labels, and the victims of one of the largest Ponzi schemes in U.S. history. Matthew clerked on the Second Circuit and the Eastern District of New York, and served as a Presidential Fellow at the Open Society Foundations.

Matthew graduated *magna cum laude* from the New York University School of Law, where he was both a Root-Tilden-Kern Scholar and an Institute for International Law and Justice Scholar. His writing has appeared in the *Cardozo Law Review*, the *NYU Journal of International Law and Politics*, and the *Journal of Conflict Resolution*.

# KAPLAN HECKER & FINK LLP

## Amit Jain

Senior Associate | New York

T: (212) 763-0883
E: ajain@kaplanhecker.com



Amit Jain is a senior associate at Kaplan Hecker & Fink LLP.

Amit joins the firm following clerkships with the Hon. Sonia Sotomayor of the U.S. Supreme Court and the Hon. Diana Gribbon Motz of the U.S. Court of Appeals for the Fourth Circuit. Amit previously worked as litigation and policy counsel at the Asylum Seeker Advocacy Project, where he participated in litigation relating to family separation, co-authored legislative and administrative advocacy materials, and drafted informational material for asylum seekers, and as a staff attorney with the Bronx Defenders, where he represented hundreds of individual clients in Bronx Criminal Court. Prior to law school, Amit worked as a middle school math and science teacher in Boston, MA.

Amit was a member of the legal team that secured a dismissal for client Center for Countering Digital Hate (CCDH) in *X Corp v. Center for Countering Digital Hate Inc et al.*, a lawsuit that alleged CCDH violated X's terms of service by illegally acquiring data used in researching the prevalence of hate speech on the platform. He was also recently a member of the legal team that secured a dismissal with prejudice of all claims brought by student John Doe against New York University.

**EDUCATION**

B.A., Brown University, *magna cum laude*, 2012

J.D., Yale Law School, Stephen J. Massey Prize, 2018

**CLERKSHIPS**

Hon. Sonia Sotomayor, U.S. Supreme Court

Hon. Diana Gribbon Motz, U.S. Court of Appeals for the Fourth Circuit

**BAR AND COURT ADMISSIONS**

U.S. Courts of Appeals for the Second, Third, Fourth, Sixth and Ninth Circuits

Amit received his J.D. from Yale Law School, where he served as the co-president of the South Asian Law Students' Association and the Asylum Seeker Advocacy Project. While at Yale, he worked as a law student intern for the Jerome N. Frank Legal Services Organization, which awarded him the Stephen J. Massey Prize. As a clinical student, Amit participated in litigation challenging no-bond immigration detention in Massachusetts, former President Trump's travel ban and family separations at the U.S.-Mexico border. Amit also represented individual clients in immigration and juvenile court, and he participated in drafting a habeas petition for a wrongfully incarcerated client who was ultimately released from prison. Amit received his B.A., *magna cum laude*, from Brown University.

U.S. District Court for the District of Maryland

U.S. District Court for the Southern District of New York and Eastern District of New York

New York

**Select Publications**

- Co-author, "Why and How the Senate Should Swiftly Dismiss the Impeachment Charges Against Mayorkas," *Just Security* (2024)

- Co-author, "Police are stopping Black drivers for minor violations at record highs. Lawmakers should do something about it," *Chicago Sun-Times* (2023)

- Co-author, "The Road to Driving Equality: A Blueprint for Cities to Reduce Traffic Stops," *New York University Journal of Legislation and Public Policy Quorum* (2023)

# KAPLAN HECKER & FINK LLP

## Avisha Sabaghian
Law Clerk | New York

T: (212) 763-0883
E: asabaghian@kaplanhecker.com



Avisha Sabaghian is a law clerk at Kaplan Hecker & Fink.

Avisha previously worked as a research assistant for the Berkman Klein Center for Internet and Society, where she conducted analyses of digital media with particular focus on polarization and political discourse surrounding 2020 U.S. presidential election.

Avisha was a member of the legal team that secured a dismissal for client Center for Countering Digital Hate (CCDH) in *X Corp v. Center for Countering Digital Hate Inc et al.*, a lawsuit that alleged CCDH violated X's terms of service by illegally acquiring data used in researching the prevalence of hate speech on the platform.

Avisha received her J.D. from Harvard Law School. She acted as the Note Co-Chair of the *Harvard Law Review*, was a blog contributor for the H*arvard Journal of Law and Technology*, and was a member of the Education Law Clinic. Avisha was awarded Dean's Scholar Prizes for her academic excellence. Following law school, Avisha published a Note in the *Harvard Law Review* entitled *Necessity Takings in the Era of Climate Change*. She received her B.A., *cum laude*, from the University of Utah.

### EDUCATION

B.A., University of Utah, *cum laude*; Phi Beta Kappa, 2018

J.D., Harvard Law School, 2022