# EXHIBIT G



# Marc S. Williams
*Partner*

---

| OVERVIEW | REPRESENTATIVE CASES |
|---|---|

Marc is an accomplished civil litigator who is entrusted by clients of every size—from startups to the Fortune 500—to handle bet-the-company cases. He routinely obtains outstanding results at all stages of litigation. His experience in the complex litigation arena includes business litigation, partnership disputes, fiduciary duties, contractual disputes, fraud, securities litigation, unfair competition, business torts, legal malpractice, trade secrets, copyright, trademark, idea submission, rights of publicity, defamation, entertainment, real estate, and healthcare.

Described by one client as "absolutely terrific at trial," Marc has earned a reputation in the courtroom for his impressive results. Over a recent span of nine months, he tried three jury trials to verdict, all of which resulted in resounding victories for his clients. His success rests largely on his strategic focus and analytical prowess. Whether writing a brief, cross-examining a witness, or presenting to the court, Marc homes in on the key levers of a case and uses them to drive his argument forward. In particular, he excels at translating intricate legal theories into clear, convincing narratives that win jurors' support.



Marc's clients also value his business-like perspective on litigation. While he develops every case with a view toward trial, he ultimately seeks to support his clients' objectives through cost-efficient, creative solutions. With their bottom line as his guiding principle, he considers all available tools and avenues to determine which will deliver the greatest reward with the least risk and cost. His pre-trial strategizing often results in successful dispositive motions and settlements, leaving clients free to resume business as usual.

Known as pragmatic and forthright, Marc builds trust through genuine collaboration. He maintains open lines of communication to guide clients through the benefits and drawbacks to every decision. When difficult judgment calls must be made, he relies on his decades of experience to suggest—and pursue—the most advantageous path to resolution.

Before co-founding Cohen Williams in 2014, Marc was a partner at One LLP, an entertainment and intellectual property boutique litigation firm. Previously, he spent ten years as a litigator at O'Melveny & Myers LLP's Los Angeles and Century City offices.

**CONTACT**

T: **(213) 232-5162**
F: **(213) 232-5167**
E: **mwilliams@cohen-williams.com**
 **Download VCard**
 **LinkedIn**

**EDUCATION**

University of Southern California, J.D., 1998

Tufts University, B.A., 1992

**CLERKSHIP**

Hon. Kim McLane Wardlaw, U.S. Court of Appeals for the Ninth Circuit

**BAR AND COURT ADMISSIONS**

California

U.S. Court of Appeals for the Ninth Circuit

U.S. District Court for the Central District of California, the Northern District of California, and the Southern District of California

**HONORS AND AWARDS**

Selected to Thomson Reuters' Super Lawyers list (2013-2023)

◀ **Back to all attorneys**

© Cohen Williams LLP and Affiliates 2021 | cohen-williams.com | info@cohen-williams.com

COHEN WILLIAMS LLP 

# NEIL JAHSS
*Counsel*

Neil Jahss has more than a decade of experience as a civil litigator for content creators and providers in the media and entertainment industry as well as for a wide variety of general business clients. He has handled cases in all stages of litigation, including trials and appeals, and also has advised clients on legal strategy in non-litigation matters. Neil has a reputation for outside-the-box critical thinking, painstaking attention to detail, and eloquent writing.

Prior to practicing at CW, Neil spent 12 years as a litigator at O'Melveny & Myers LLP, specializing in First Amendment media defense and intellectual property law. He represented magazines, television networks, Internet websites, and TV and movie studios in high-profile defamation, invasion of privacy, right of publicity, copyright and trademark matters, both in the courtroom and on an advisory basis. At O'Melveny, Neil was known as one of the firm's premier writers, authoring numerous dispositive motions leading to dismissal of cases where defense clients were exposed to several million dollars of liability, and briefs in both  the state and federal courts concerning cutting-edge issues affecting the entertainment industry. Among his many successful representations, Neil helped secure two significant victories after trial, one for a copyright plaintiff that ended with a multi-million dollar verdict (after making its way through the United States Supreme Court) and the other for a libel defendant that resulted in a defense verdict.

Before joining the firm, Neil took a hiatus from representing content creators and providers in court and worked as a content creator himself in unscripted television. He won three Emmy Awards as Supervising Producer for several seasons on The Amazing Race. In addition to managing teams of editors and conceiving the structure, design and storylines of countless episodes of CBS' legacy reality franchise, Neil worked on formatting, casting, field and post-production on other network hits such as Big Brother and Trading Spouses.

Neil is an alum of Harvard Law School, where he taught legal research and writing to first-year law students and oversaw the creation of cases for the first-year moot court competition as a leader on the Board of Student Advisers.

**CONTACT**

T: **213-232-5171**
F: **213-232-5167**
E: **njahss@cohen-williams.com**
 **Download VCard**

**EDUCATION**

Harvard Law School, J.D.

University of Virginia, B.A.

**BAR AND COURT ADMISSIONS**

California

U.S. Supreme Court

U.S. Court of Appeals for the Ninth Circuit

U.S. District Court for the Central District of California

◀ **Back to all attorneys**

© Cohen Williams LLP and Affiliates 2021 | cohen-williams.com | info@cohen-williams.com