J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDermott Will & Emery LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:      1 310 277 4110
Facsimile:      1 310 277 4730

*Attorneys for Plaintiff X CORP.*

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
**Kaplan Hecker & Fink LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for*
*Countering Digital Hate, Inc. and*
*Center for Countering Digital Hate Ltd.*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>                              Plaintiff,<br><br>       v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>                              Defendants. | Case No. 3:23-cv-03836-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON MOTION FOR FEES AND COSTS PURSUANT TO CAL. CODE CIV. PROC. § 425.16 (ECF 78)** |

        Pursuant to Civil Local Rules 6-2, 7-3 and 7-12, Plaintiff X Corp., on the one hand, and

Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering

Digital Hate Ltd. ("CCDH UK," with CCDH US, "CCDH"), on the other, by and through their respective counsel, submit this stipulation and [proposed] order:

WHEREAS, on March 24, 2024, the Court issued its Order Granting CCDH Motion to Dismiss and Strike (ECF 75), granting CCDH's special motion to strike pursuant to California Code of Civil Procedure § 425.16 (ECF 47);

WHEREAS, on April 8, 2024, CCDH filed its Motion for Fees and Costs Pursuant to Cal. Code Civ. Proc. § 425.16 (ECF 78), seeking an order awarding it attorney fees and costs incurred in connection with the anti-SLAPP portion of CCDH's combined special motion to strike and motion to dismiss;

WHEREAS, pursuant to Civil Local Rule 7-3, X Corp.'s response to CCDH's pending motion is due April 22, 2024, and CCDH's reply brief in support of its pending motion is due April 29, 2024. The hearing on CCDH's motion is set for June 21, 2024, at 10 a.m. (ECF 79);

WHEREAS, the Parties have conferred and agreed, subject to an order from the Court, to set a briefing schedule for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply brief;

WHEREAS, the Parties are not proposing to reschedule the June 21, 2024 hearing date;

WHEREAS, the Parties believe that the briefing schedule proposed herein is appropriate to enable X Corp. to analyze the issues and the factual representations underlying CCDH's requested relief, and to prepare a response, and for CCDH to then have sufficient time to prepare a reply;

WHEREAS, this is the Parties' second request for a scheduling modification in this case. The Parties on October 2, 2023 jointly stipulated to request an order from the Court setting a briefing schedule on the Defendants' then-anticipated motions to dismiss under Rule 12(b)(6) and to strike the Amended Complaint under Cal. Code Civ. Proc. § 425.16 (ECF 24). The Court granted that joint stipulation and issued an order setting the briefing schedule requested by the Parties on October 3, 2023 (ECF 30);

IT IS HEREBY STIPULATED by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court:

1.     X Corp.'s response to CCDH's pending motion (ECF 78) shall be due by and including May 13, 2024;

2.     CCDH's reply brief in support of its pending motion shall be filed by and including May 30, 2024; and

3.     The current hearing date of June 21, 2024, at 10 a.m. remains unchanged.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

**IT IS SO STIPULATED.**

2    Dated: April 17, 2024                                     *J. Jonathan Hawk*

3          Los Angeles, California                      J. Jonathan Hawk (SBN 254350)
                                                         MCDERMOTT WILL & EMERY LLP
4                                                        2049 Century Park East, Suite 3200
                                                         Los Angeles, CA 90067-3206
5                                                        (310) 788-4181
                                                         jhawk@mwe.com
6

7                                                        *Attorney for Plaintiff X Corp.*

8

9    Dated: April 17, 2024                                     *John C. Quinn*

10          New York, New York                           Roberta A. Kaplan*
                                                          John C. Quinn*
11                                                        Matthew J. Craig (SBN 350030)
                                                          Amit Jain*
12                                                        KAPLAN HECKER & FINK LLP
                                                          350 Fifth Avenue, 63rd Floor
13                                                        New York, NY 10118
                                                          (212) 763-0883
14                                                        rkaplan@kaplanhecker.com
15                                                        jquinn@kaplanhecker.com
                                                          mcraig@kaplanhecker.com
16                                                        ajain@kaplanhecker.com
17                                                        *\* admitted pro hac vice*

18                                                        Marc S. Williams (SBN 198913)
                                                          Neil S. Jahss (SBN 162744)
19                                                        COHEN WILLIAMS LLP
20                                                        724 South Spring Street, 9th Floor
                                                          Los Angeles, CA 90014
21                                                        213-232-5160
                                                          mwilliams@cohen-williams.com
22                                                        njahss@cohen-williams.com
23
                                                          *Attorneys for Defendants Center for*
24                                                        *Countering Digital Hate, Inc. and Center for*
                                                          *Countering Digital Hate Ltd.*
25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2          I, J. Jonathan Hawk, am the ECF User whose identification and password are being used to

3   file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all

4   signatories have concurred in this filing.

5

6   Dated: April 17, 2024                                    _J. Jonathan Hawk_____

7              Los Angeles, CA                                    J. Jonathan Hawk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

3

4    Dated: __April 17, 2024__              _____

5                                      HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28