J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:      1 310 277 4110
Facsimile:       1 310 277 4730

Attorneys for Plaintiff X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>       v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., a Washington D.C. non-profit corporation; CENTER FOR COUNTERING DIGITAL HATE LTD., a British non-profit organization; STICHTING EUROPEAN CLIMATE FOUNDATION; and DOES 1 through 50, inclusive,<br><br>                       Defendants. | CASE NO.  3:23-cv-03836-CRB<br><br>**PLAINTIFF X CORP.'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that plaintiff X Corp. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on March 25, 2024 (ECF 77), and into which are integrated the following Orders: (1) Order Granting CCDH Motion to Dismiss and Strike (ECF 75, entered March 25, 2024); and (2) Order Granting ECF Motion to Dismiss (ECF 76, entered March 25, 2024, with the foregoing, attached as Exhibit A).

X Corp.'s Notice of Appeal from a Judgment or Order of a United States District Court (Form 1) and Representation Statement (Form 6) are attached to this Notice, as Exhibits B and C, respectively.

Dated: April 23, 2024

_____
J. Jonathan Hawk (SBN 254350)
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 788-4181
jhawk@mwe.com

*Attorney for Plaintiff X Corp.*