# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF  Northern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:23-cv-03836-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: July 31, 2023

Date of judgment or order you are appealing: March 25, 2024

Docket entry number of judgment or order you are appealing: ECF 75, 76, 77

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff X Corp.

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: [signature]   Date: 4/23/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022