# Exhibit C

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Plaintiff X Corp.

Name(s) of counsel (if any):
McDermott Will & Emery LLP--J. Jonathan Hawk

Address: 2049 Century Park East, Suite 3200, Los Angeles, CA 90067
Telephone number(s): 1 310 277 4110
Email(s): jhawk@mwe.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.

Name(s) of counsel (if any):
Kaplan Hecker & Fink LLP--Roberta A. Kaplan, John C. Quinn, Matthew J. Craig, Amit Jain

Address: 350 Fifth Avenue, 63rd Floor, New York, NY 10118
Telephone number(s): 1 212 763 0883
Email(s): rkaplan@kaplanhecker.com, jquinn@kaplanhecker.com (cont.)

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Plaintiff X Corp.

Name(s) of counsel (if any):
Cooper & Kirk PLLC--Charles Cooper

Address: 1523 New Hampshire Ave., NW, Washington, D.C. 20036
Telephone number(s): 202-220-9660
Email(s): ccooper@cooperkirk.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.

Name(s) of counsel (if any):
Cohen Williams LLP--Marc S. Williams, Neil S. Jahss

Address: 724 South Spring Street, 9th Floor, Los Angeles, CA 90014
Telephone number(s): 1 213 232 5160
Email(s): mwilliams@cohen-williams.com, njahss@cohen-williams.com

Name(s) of party/parties:
Defendant Stichting European Climate Foundation

Name(s) of counsel (if any):
Manatt, Phelps & Phillips, LLP--Nathaniel T. Bach, Thomas Worger, Kyla Nuñez

Address: 2049 Century Park East, Suite 1700, Los Angeles, CA 90067
Telephone number(s): 1 310 312 4000
Email(s): NBach@manatt.com, TWorger@manatt.com, KNunez@manatt.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): mcraig@kaplanhecker.com, ajain@kaplanhecker.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *2*                                        *New 12/01/2018*