J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:        1 310 277 4110
Facsimile:         1 310 277 4730

*Attorneys for Plaintiff X CORP.*

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-03836-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE ON MOTION FOR FEES AND COSTS PURSUANT TO CAL. CODE CIV. PROC. § 425.16 (ECF 78)** |

　　　　Pursuant to Civil Local Rules 6-2, 7-3 and 7-12, Plaintiff X Corp., on the one hand, and Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering

Digital Hate Ltd. ("CCDH UK," with CCDH US, "CCDH"), on the other, by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on March 25, 2024, the Court issued its Order Granting CCDH Motion to Dismiss and Strike (ECF 75), granting CCDH's special motion to strike pursuant to California Code of Civil Procedure § 425.16 (ECF 47);

**WHEREAS**, on April 8, 2024, CCDH filed its Motion for Fees and Costs Pursuant to Cal. Code Civ. Proc. § 425.16 (ECF 78), seeking an order awarding it attorney fees and costs incurred in connection with the anti-SLAPP portion of CCDH's combined special motion to strike and motion to dismiss;

**WHEREAS**, pursuant to Civil Local Rule 7-3, X Corp.'s response to CCDH's pending motion was initially due April 22, 2024, and CCDH's reply brief in support of its pending motion was due April 29, 2024. The hearing on CCDH's motion was, and still is, set for June 21, 2024, at 10 a.m. (ECF 79);

**WHEREAS**, on April 17, 2024, the Parties jointly stipulated to request an order setting the briefing schedule on CCDH's pending motion (ECF 80), whereby X Corp.'s response to the motion would be due May 13, 2024, and CCDH's reply would be due May 30, 2024. The Parties did not propose to change the scheduled hearing date of June 21, 2024;

**WHEREAS**, the Court granted the Parties' requested briefing schedule on April 17, 2024 (ECF 81);

**WHEREAS**, the Parties have been discussing potential resolution of CCDH's pending motion and reasonably believe they will be able to resolve the motion without further briefing or a hearing. The Parties, however, require additional time for those discussions;

**WHEREAS**, the Parties have conferred and agreed, subject to an order from the Court, to amend the briefing schedule for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply brief, such that X Corp.'s contemplated response to the motion would be due May 20, 2024, and CCDH's reply would be due June 3, 2024;

**WHEREAS**, the Parties are not proposing to reschedule the June 21, 2024 hearing date, and do not believe any further amendments to the briefing schedule will be requested;

1    **WHEREAS**, the Parties believe that the briefing schedule proposed herein is appropriate to enable the Parties to finish discussions regarding potential and efficient resolution of CCDH's pending motion;

4    **WHEREAS**, this is the Parties' third request for a scheduling modification in this case. The Parties on October 2, 2023 jointly stipulated to request an order from the Court setting a briefing schedule on the Defendants' then-anticipated motions to dismiss under Rule 12(b)(6) and to strike the Amended Complaint under Cal. Code Civ. Proc. § 425.16 (ECF 24). The Court granted that joint stipulation and issued an order setting the briefing schedule requested by the Parties on October 3, 2023 (ECF 30). The Parties also requested an amendment to the briefing schedule on CCDH's pending motion via the joint stipulation and Court order discussed above (ECF 80, 81);

11   **IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court:

13   1.   X Corp.'s response to CCDH's pending motion (ECF 78) shall be due by and including May 20, 2024;

15   2.   CCDH's reply brief in support of its pending motion shall be filed by and including June 3, 2024; and

17   3.   The current hearing date of June 21, 2024, at 10 a.m. remains unchanged.

18   **IT IS SO STIPULATED.**

Dated: May 13, 2024
      Los Angeles, California

    __*J. Jonathan Hawk*__
    J. Jonathan Hawk (SBN 254350)
    MCDERMOTT WILL & EMERY LLP
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067-3206
    (310) 788-4181
    jhawk@mwe.com

    *Attorney for Plaintiff X Corp.*

1  Dated: May 13, 2024                                   *John C. Quinn*
2         New York, New York                             Roberta A. Kaplan*
3                                                        John C. Quinn*
                                                         Matthew J. Craig (SBN 350030)
4                                                        Amit Jain*
                                                         KAPLAN HECKER & FINK LLP
5                                                        350 Fifth Avenue, 63rd Floor
                                                         New York, NY 10118
6                                                        (212) 763-0883
                                                         rkaplan@kaplanhecker.com
7                                                        jquinn@kaplanhecker.com
                                                         mcraig@kaplanhecker.com
8                                                        ajain@kaplanhecker.com
9                                                        * *admitted pro hac vice*

10                                                       Marc S. Williams (SBN 198913)
                                                         Neil S. Jahss (SBN 162744)
11                                                       COHEN WILLIAMS LLP
                                                         724 South Spring Street, 9th Floor
12                                                       Los Angeles, CA 90014
                                                         213-232-5160
13                                                       mwilliams@cohen-williams.com
                                                         njahss@cohen-williams.com
14
15
                                                         *Attorneys for Defendants Center for*
16                                                       *Countering Digital Hate, Inc. and Center for*
                                                         *Countering Digital Hate Ltd.*
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, J. Jonathan Hawk, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all signatories have concurred in this filing.

Dated: May 13, 2024                                          *J. Jonathan Hawk*
       Los Angeles, CA                                        J. Jonathan Hawk

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  May 13, 2024

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE