Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.*

J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

*Attorneys for Plaintiff X CORP.*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP.,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTER FOR COUNTERING DIGITAL HATE, INC., et al.,<br><br>            Defendants. | Case No. 3:23-cv-03836-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW CCDH'S MOTION FOR FEES AND COSTS PURSUANT TO CAL. CODE CIV. PROC. § 425.16 (ECF 78) AND VACATE BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to Civil Local Rules 7-7(e) and 7-12, Plaintiff X Corp., on the one hand, and Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering Digital Hate Ltd. ("CCDH UK," with CCDH US, "CCDH"), on the other, by and through their respective counsel, submit this stipulation and [proposed] order:

**WHEREAS**, on March 25, 2024, the Court issued its Order Granting CCDH Motion to Dismiss and Strike (ECF 75), granting CCDH's special motion to strike pursuant to California Code of Civil Procedure § 425.16 (ECF 47);

**WHEREAS**, on April 8, 2024, CCDH filed its Motion for Fees and Costs Pursuant to Cal. Code Civ. Proc. § 425.16 (ECF 78), seeking an order awarding it attorney fees and costs incurred in connection with the anti-SLAPP portion of CCDH's combined special motion to strike and motion to dismiss;

**WHEREAS**, on April 17, 2024, X Corp. and CCDH stipulated to set a briefing schedule for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply brief (ECF 80);

**WHEREAS**, on April 17, 2024, the Court issued an order adopting the Parties' proposed briefing schedule (ECF 81);

**WHEREAS**, on May 13, 2024, X Corp. and CCDH stipulated to set an amended briefing schedule for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply brief (ECF 84);

**WHEREAS**, on May 13, 2024, the Court issued an order adopting the Parties' proposed amended briefing schedule (ECF 85);

**WHEREAS**, pursuant to the Court's May 13, 2024 Order, X Corp.'s response to CCDH's pending motion is currently due May 20, 2024, CCDH's reply in support of its motion is due June 3, 2024, and the hearing on CCDH's motion is set for June 21, 2024;

**WHEREAS**, the Parties have reached an agreement to resolve CCDH's pending motion, such that it can be withdrawn;

**WHEREAS**, the Parties' resolution as to CCDH's pending motion is without prejudice to X Corp.'s pending appeal (ECF 82), which remains unaffected;

**WHEREAS**, pursuant to the Parties' agreement and Civil Local Rule 7-7(e), CCDH hereby withdraws its pending motion (ECF 78), with prejudice, and the Parties request that the Court vacate the briefing schedule on that motion and the June 21, 2024 hearing date;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court:

1. CCDH's motion (ECF 78) is withdrawn;
2. The briefing schedule on CCDH's pending motion (ECF 85) is vacated; and
3. The current hearing date of June 21, 2024, at 10 a.m., on CCDH's motion is vacated.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 20, 2024<br>New York, New York | *(signature)*<br>Roberta A. Kaplan*<br>John C. Quinn*<br>Matthew J. Craig (SBN 350030)<br>Amit Jain*<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br>jquinn@kaplanhecker.com<br>mcraig@kaplanhecker.com<br>ajain@kaplanhecker.com<br>* *admitted pro hac vice*<br><br>Marc S. Williams (SBN 198913)<br>Neil S. Jahss (SBN 162744)<br>COHEN WILLIAMS LLP<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br>213-232-5160<br>mwilliams@cohen-williams.com<br>njahss@cohen-williams.com<br><br>*Attorneys for Defendants Center for Countering Digital Hate, Inc. and Center for Countering Digital Hate Ltd.* |

| | |
|---|---|
| Dated: May 20, 2024<br>Los Angeles, California | /s/ J. Jonathan Hawk<br>J. Jonathan Hawk (SBN 254350)<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>(310) 788-4181<br>jhawk@mwe.com<br><br>*Attorney for Plaintiff X Corp.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Roberta A. Kaplan, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all signatories have concurred in this filing.

Dated: May 20, 2024  
       New York, NY

_____  
Roberta A. Kaplan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE