1  Roberta A. Kaplan*
2  John C. Quinn*
   Matthew J. Craig (SBN 350030)
3  Amit Jain*
   **KAPLAN HECKER & FINK LLP**
4  350 Fifth Avenue, 63rd Floor
   New York, NY 10118
5  (212) 763-0883
6  rkaplan@kaplanhecker.com
   jquinn@kaplanhecker.com
7  mcraig@kaplanhecker.com
   ajain@kaplanhecker.com
8  * admitted pro hac vice

9
   *Attorneys for Defendants Center for*
10 *Countering Digital Hate, Inc. and*
   *Center for Countering Digital Hate Ltd.*
11

12
   J. Jonathan Hawk (SBN 254350)
13 jhawk@mwe.com
   **McDERMOTT WILL & EMERY LLP**
14 2049 Century Park East, Suite 3200
   Los Angeles, CA  90067-3206
15 Telephone:     1 310 277 4110
   Facsimile:     1 310 277 4730
16
   *Attorneys for Plaintiff X CORP.*
17
18 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

19               **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20                    **SAN FRANCISCO DIVISION**

21

22 | X CORP., | |
   | Plaintiff, | Case No. 3:23-cv-03836-CRB |
23 | | |
   | v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW CCDH'S MOTION FOR FEES AND COSTS PURSUANT TO CAL. CODE CIV. PROC. § 425.16 (ECF 78) AND VACATE BRIEFING SCHEDULE AND HEARING DATE** |
24 | | |
25 | CENTER FOR COUNTERING DIGITAL HATE, INC., et al., | |
26 | | |
   | Defendants. | |
27
28

1    Pursuant to Civil Local Rules 7-7(e) and 7-12, Plaintiff X Corp., on the one hand, and

2    Defendants Center for Countering Digital Hate, Inc. ("CCDH US") and Center for Countering

3    Digital Hate Ltd. ("CCDH UK," with CCDH US, "CCDH"), on the other, by and through their

4    respective counsel, submit this stipulation and [proposed] order:

5         **WHEREAS**, on March 25, 2024, the Court issued its Order Granting CCDH Motion to

6    Dismiss and Strike (ECF 75), granting CCDH's special motion to strike pursuant to California Code

7    of Civil Procedure § 425.16 (ECF 47);

8         **WHEREAS**, on April 8, 2024, CCDH filed its Motion for Fees and Costs Pursuant to Cal.

9    Code Civ. Proc. § 425.16 (ECF 78), seeking an order awarding it attorney fees and costs incurred

10   in connection with the anti-SLAPP portion of CCDH's combined special motion to strike and

11   motion to dismiss;

12        **WHEREAS**, on April 17, 2024, X Corp. and CCDH stipulated to set a briefing schedule

13   for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply brief (ECF

14   80);

15        **WHEREAS**, on April 17, 2024, the Court issued an order adopting the Parties' proposed

16   briefing schedule (ECF 81);

17        **WHEREAS**, on May 13, 2024, X Corp. and CCDH stipulated to set an amended briefing

18   schedule for X Corp.'s contemplated response to CCDH's pending motion, and for CCDH's reply

19   brief (ECF 84);

20        **WHEREAS**, on May 13, 2024, the Court issued an order adopting the Parties' proposed

21   amended briefing schedule (ECF 85);

22        **WHEREAS**, pursuant to the Court's May 13, 2024 Order, X Corp.'s response to CCDH's

23   pending motion is currently due May 20, 2024, CCDH's reply in support of its motion is due June

24   3, 2024, and the hearing on CCDH's motion is set for June 21, 2024;

25        **WHEREAS**, the Parties have reached an agreement to resolve CCDH's pending motion,

26   such that it can be withdrawn;

27        **WHEREAS**, the Parties' resolution as to CCDH's pending motion is without prejudice to

28   X Corp.'s pending appeal (ECF 82), which remains unaffected;

1      **WHEREAS**, pursuant to the Parties' agreement and Civil Local Rule 7-7(e), CCDH hereby

2    withdraws its pending motion (ECF 78), with prejudice, and the Parties request that the Court

3    vacate the briefing schedule on that motion and the June 21, 2024 hearing date;

4      **IT IS HEREBY STIPULATED** by and between the Parties hereto, through their

5    undersigned counsel, and subject to the approval of the Court:

6        1.      CCDH's motion (ECF 78) is withdrawn;

7        2.      The briefing schedule on CCDH's pending motion (ECF 85) is vacated; and

8        3.      The current hearing date of June 21, 2024, at 10 a.m., on CCDH's motion is vacated.

9      **IT IS SO STIPULATED.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 20, 2024
        New York, New York

Roberta A. Kaplan*
John C. Quinn*
Matthew J. Craig (SBN 350030)
Amit Jain*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ajain@kaplanhecker.com
* admitted pro hac vice

Marc S. Williams (SBN 198913)
Neil S. Jahss (SBN 162744)
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
213-232-5160
mwilliams@cohen-williams.com
njahss@cohen-williams.com

*Attorneys for Defendants Center for
Countering Digital Hate, Inc. and Center for
Countering Digital Hate Ltd.*

Dated: May 20, 2024                              /s/ J. Jonathan Hawk
         Los Angeles, California               J. Jonathan Hawk (SBN 254350)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 788-4181
jhawk@mwe.com

*Attorney for Plaintiff X Corp.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Roberta A. Kaplan, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all signatories have concurred in this filing.


Dated: May 20, 2024
       New York, NY

_____
       Roberta A. Kaplan

X CORP. V. CENTER FOR COUNTERING DIGITAL HATE, INC., ET AL. (NO. 3:23-CV-03836-CRB)
JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW CCDH'S MOTION - 6

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  May 21, 2024

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE